**FILED**

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PIERRE BOSTIC
532 ONEIDA PLACE, N.W.
WASHINGTON, D.C.  20011
(202) 882-9015
                        Plaintiff

VS.

UNITED STATES CAPITOL POLICE

        &

OFFICER DARRYL BANKS, BADGE NO. 4603
119 D STREET, N.E.
WASHINGTON, D.C. 20501

        &

DISTRICT OF COLUMBIA
C/O HONORABLE ADRIAN FENTY,
MAYOR
441 – 4TH STREET, N.W., 9TH FLOOR
WASHINGTON, D.C. 20001

        Defendants

Case: 1:07-cv-01383
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/30/2007
Description: PI/Malpractice

JURY ACTION

CIVIL ACTION NO.

## COMPLAINT

1.  This action is brought pursuant to, 42 U.S.C. Sec. 1983, for damages and any other appropriate relief for the violation of Plaintiff's federal civil rights under the Fourth Amendment to the United States' Constitution , by the actions of United States Capitol Police Officer, Darryl Banks, Badge No. 4603, taken under the color of state law.

## JURISDICTION

2.  Jurisdiction of this court is invoked pursuant  to 28 U.S.C. 1331 and 1343(a)(3).  The court, further has supplemental jurisdiction over any state law claims contained herein pursuant to 28 U.S.C. Sec. 1367.  Venue in this judicial district is proper

pursuant to 28 U.S.C. Sec. 1391(b).  Plaintiff gave notice to the District of Columbia of this claim pursuant to D.C. Code Sec. 12-309, on or about March *16,* 2004,

See exhibit *# 1* attached.  Plaintiff has exhausted his administrative remedies under the Federal Tort Claims Act, without success.  See Exhibits *2, 3 + 4* attached

3.  Plaintiff, Pierre Bostic, is an adult, African-American male, residing in the District of Columbia at all times relevant herein.  Defendant, United States Capitol Police is an arm of the United States Government and Officer Darryl Banks, Badge No. 4603, is an employee of the United States Capitol Police, The United States Government is and was, at all times relevant herein responsible for the hiring, training and supervision of, retaining in its employ and continued employment of United States Capitol Police.

4.  The District of Columbia is a governmental entity, subject to the laws of the United States, and at all times relevant herein, responsible for the hiring, training and supervision of, retaining in its employ and continued employment of employees of the Department of Motor Vehicles, an arm of the District of Columbia government.  All acts and/or omissions alleged herein occurred in the District of Columbia.

5.  On or about February 14, 2004, at or near the intersections of South Capitol Street and I Street, S.W., plaintiff, Pierre Bostic was falsely arrested and imprisoned as well as assaulted and battered by U.S. Capitol Police Officer, Darryl Banks, Badge No. 4603.

6.  The aforesaid false arrest and imprisonment and assault and battery of the Plaintiff and other applications of physical force onto the plaintiff, Pierre Bostic, by the defendants, United States Capitol Police and the District of Columbia, their agents and

employees was without legal justification therefore and was unnecessary and excessive force. Said force was unreasonable and of an abusive and punitive nature.

## COUNT ONE
### (False Arrest & Imprisonment)

7. Paragraphs 1-6 are herein incorporated by reference as if fully re-stated.

8. The actions set forth above by the defendant(s), their agents and employees, constitute false arrest and imprisonment of the plaintiff, Pierre Bostic.

## COUNT TWO
### (Assault & Battery)

9. Paragraphs 1-8 are herein incorporated by reference as if fully re-stated.

10. The actions set forth above by the defendants, their agents and employees, constitute assault and battery of the plaintiff, Pierre Bostic.

## COUNT THREE
### (Intentional Infliction of Emotional Distress)

11. Paragraphs 1-10 are herein incorporated by reference as if fully re-stated.

12. The actions set forth above by the defendants, their agents, and employees constitute the Intentional Infliction of Emotional Distress, in that the defendants, their agents and/or employees, knew or should have known that plaintiff had not committed any criminal offense justifying the Arrest, False Imprisonment, Assault and Battery of the plaintiff, Pierre Bostic.

## COUNT FOUR
### (Negligence)

13. Paragraphs 1-12 are herein incorporated by reference as if fully re-stated.

14. The actions set forth above by the defendants, their agents, and/or employees

constitute negligence on the part of the defendants United States Capitol Police and the District of Columbia, for failing to adequately supervise and/or maintain the records of the Department of Motor Vehicles and or any other agency relied on by the U.S. Capitol Police, in arresting the plaintiff, Pierre Bostic.

## INJURIES

15. As a direct and proximate result of the actions of the defendants, their agents and employees, described in this complaint and set forth in each count herein, the plaintiff, Pierre Bostic suffered physical injuries, personal and permanent emotional distress and will continue to suffer extreme emotional and mental anguish, anxiety and humiliation. Plaintiff has lost income, incurred medical expenses and legal fees. Pursuant to 41 U.S.C. Sec. 1988., Plaintiff requests the award of attorney fees in this matter.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Pierre Bostic, demands judgment against the defendants, United States Capitol Police, Officer Darryl Banks, Badge No. 4603, and the District of Columbia, jointly and severally, in the sum of One Million Dollars, (1,000,000.00), Compensatory Damages.

Additionally, plaintiff, Pierre Bostic, seeks punitive damages against each of the defendants, jointly and severally in the sum of One Million Dollars,($1,000.000.00), to discourage future conduct of this nature by the defendants.

Respectfully submitted,

## **JURY DEMAND**

Plaintiff, Pierre Bostic, demands a trial by a jury of (12) on the issues raised herein.

Pierre Bostic, Plaintiff

## **VERIFICATION**

Pierre Bostic, being first duly sworn upon oath, state that I have read the

foregoing complaint, by me subscribed and that its contents are true to the best of my

knowledge, information and belief.

Pierre Bostic, Plaintiff

DISTRICT OF COLUMBIA,ss

SUBSCRIBED AND SWORN TO BEFORE ME THIS 10th DAY

OF July , 2007,

My Commission Expires:

_____
NOTARY PUBLIC

District of Columbia: SS
Subscribed and Sworn to before me,
this 10 day of July ,
My commission expires June 14, 2012

5

301-864-8611                                           Fax: 301-864-8504

### ROBERT D. SCOTT
*Attorney at Law*
*P.O. Box 247*
*Mt. Rainier, MD. 20712*

March 16, 2004

### CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Honorable Anthony A. Williams
Mayor, District of Columbia
441 – 4th Street, N.W.
Room 1100
Washington, D.C.  20001

Re:  My Client Pierre L. Bostic
Date of incident 02/14/04

### NOTICE OF CLAIM AGAINST THE DISTRICT OF COLUMBIA PURSUANT TO DISTRICT OF COLUMBIA CODE SECTION 12-309

Dear Mayor Williams:

Please be advised that I represent Mr. Pierre L. Bostic, who was falsely arrested and imprisoned, by U.S. Capitol Police Officer Darryl Banks, Badge No. 4603, at or near the intersection of South Capitol Street and I Street, S.W. on or about February 14, 2004.

Such false arrest, imprisonment of Mr. Bostic took place without provocation on the part of Mr. Bostic, and without legal justification by the police officer(s) involved. The police officer(s) knew or should have known that Mr. Bostic's Driving Permit was not suspended and that they were therefore without legal justification to arrest and imprison Mr. Bostic.

Accordingly, the District of Columbia is hereby placed on notice of this cause of action pursuant to D.C. Code 12-309.  Undersigned counsel respectfully requests that the Office of Corporation Counsel contact this office in an effort to resolve this matter prior to the commencement of legal proceedings.

Sincerely,

*Robert D. Scott*

Robert D. Scott

**07 1383**
**FILED**

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFFS EX. # 1

(301)864-8611                                                Fax:(301)864-8504

**ROBERT D. SCOTT**
**Attorney at Law**
**Post Office Box 247**
**Mt. Rainier, Md.  20712**

August 07, 2006

United States Capitol Police
Office of the General Counsel
Cecelia E. Barrios, Paralegal
119 D Street, N.E.
Washington, D.C.  20510

Re:  Pierre Bostic

Dear Ms. Barrios:

       Thank you for your letter of February 13, 2006, regarding the above referenced claim.  As you requested, the Voucher for Payment Under Federal Tort Claims Act has been completed and is attached along with the following documentation in support of Mr. Bostic's claim:

   1. PD 163 prepared by U.S. Capitol Police Officer Darryl Banks

   2. Citation Release Report prepared by Officer Darryl Banks

   3. Capitol Police Form 04 (4-99), Warning as to Rights, prepare by Officer Darryl Banks.

   4. U.S. Capitol Police Arrest Report prepared by Officer Darryl Banks

   5. Criminal Information charging Mr. Bostic with Operating After Suspension

   6. Notice of Infraction charging Mr. Bostic with Operating After Suspension.

   7. Criminal Justice Act interview sheet which determined Mr. Bostic to be eligible for court-appointed counsel.

   8. Pre-Trial Services Agency Report o Mr. Bostic, prepared on February 16, 2004, (3 pages).

07 1383

**FILED**

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S EX. # 2 (2 PGS.)

9. Praecipe of Mr. Bostic's court appointed attorney, entering his appearance on behalf of Mr. Bostic.

10. Mr. Bostic's Notice to Return to Court, after he was released from jail.

11. Government of the District of Columbia, Department of Motor Vehicles 5 year driving record of Mr. Bostic, (3 pages).

12. Certified Copy of Superior Court of the District of Columbia court file jacket indicating that the government entered a nolle prosequi on the charges against Mr. Bostic on February 20, 2004.

These are all of the documents that I am currently aware in support of Mr. Bostic's Claim for False Arrest and Imprisonment. Please contact my office if I can be of further assistance in facilitating this claim. Thank you for your cooperation.

Sincerely,

Robert D. Scott

**2**

Standard Form 1145 (EG)
(Revised 1/92)
Department of the Treasury
1 TFM 4-2000

**VOUCHER FOR PAYMENT**
**UNDER FEDERAL TORT CLAIMS ACT**

Voucher No.

Schedule No.

Claim No.

U.S.      UNITED STATES CAPITOL POLICE

| PAID BY |
| --- |

(Department, bureau, or establishment)

Voucher prepared at    LAW OFFICE OF     ROBERT D. SCOTT, ESQUIRE, 08/07/06

The United States, Dr.,          (Give place and date)

To     PIERRE L. BOSTIC & ROBERT D. SCOTT, ESQUIRE

                         (Payee(s))

Address    P.O. BOX 247, MT. RAINIER, MARYLAND    20712

---

Amount claimed, $ 50,000.00      Date claim accrued   02/14/04

Amount of award, compromise, or settlement -    Forty Thousand Dollars            $40,000.00

BRIEF DESCRIPTION OF CLAIM (See attachments for further explanation in detail.)
Pierre L. Bostic was falsely arrested and imprisoned over the Valentines Day Weekend
on 02/14/04 until 02/16/04 on a charge of Operating After Suspension. Officer Darryl
Banks of the United States Capitol Police either knew or should have known that
Mr. Bostic's Permit in the District of Columbia was not suspended, as set forth
in the Federal Tort Claims Act Notice submitted on or about February 08, 2006,
as well as the accompanying documents submitted with this voucher for payment.

## ACCEPTANCE BY CLAIMANT(S)

     I, (We), the claimant(s) and beneficiaries, do hereby accept the within-stated award, compromise, or settlement as final and conclusive on me (us), on my (our) heirs, executors, administrators or assigns, and agree that said acceptance constitutes a complete release by me (us), on my (our) heirs, executors, administrators or assigns of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen and bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the claim for which I (we) or my (our) heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States and against the employee(s) of the Government whose act or omission gave rise to the claim by reason of the same subject matter, including any future claim for the wrongful death of me (us). I (We) further agree to reimburse, indemnify, and hold harmless the United States, its agents, servants and employees from any and all claims or causes of action, including wrongful deaths, that arise or may arise from the acts or omissions that gave rise to the claim by reason of the same subject matter.

Date    August 07     , 19   2006        SIGN ORIGINAL ONLY

                                            *Pierre Bostic* (Claimant)

                                            *Robert D. Scott Esq* (Claimant)

---

| This claim has been fully examined in accordance with the provisions of the Federal Tort Claims Act (28 U.S.C. 2672), and is approved in the | Pursuant to the authority vested in me, I certify that this voucher is correct and proper for payment in the |
| --- | --- |
| amount of $ _____ | amount of $ _____ |
| | **07 1383** |
| (Head of Federal agency, or authorized designee) | (Authorized certifying officer) |
| Date _____ , 19 ____ | Date _____ , 19 ____    **FILED** |
| SIGN ORIGINAL ONLY    Title _____ | SIGN ORIGINAL ONLY    Title _____    JUL 3 0 2007 |

## ACCOUNTING CLASSIFICATION

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

Paid by Check No. _____

Designed using Perform Pro, WHS/DIOR, Apr 97

PLAINTIFF'S EX. #3

PHONE 224-9806



# UNITED STATES CAPITOL POLICE

OFFICE OF THE CHIEF

119 D STREET, NE

WASHINGTON, DC 20510-7218

January 31, 2007

COP 070174

Robert D. Scott
Attorney at Law
Post Office Box 247
Mt. Rainier, Maryland 20712

RE: Pierre Bostic

Dear Mr. Scott:

This letter concerns your client's claim for damages dated February 8, 2006, and filed with the United States Capitol Police on August 17, 2006, under the provisions of the Federal Tort Claims Act.

After thoroughly investigating and evaluating all the available information and the circumstances surrounding your client's claim, the Office of the General Counsel for the United States Capitol Police has recommended that your client's claim for damages be denied. After further review and consideration of its merits, I must concur with the recommendation of the General Counsel in this matter.

This decision is final and constitutes final agency action pursuant to section 2675 of Title 28, United States Code. While this decision is final, if your client is dissatisfied with the agency action, he has the right to have his claim reconsidered or to file suit.

To have his claim reconsidered, he must file a written request, and it must be signed by him as the claimant or by a duly authorized agent or legal representative. The United States Capitol Police will have one hundred eighty (180) days in which to reconsider its initial decision. Any appropriately filed reconsideration which is not finally adjudicated within that 180 day time period shall be deemed a denial of the claim.

If your client decides to file suit, he must file in an appropriate United States district court no later than six months after the date of the mailing of this letter.

Sincerely,

Phillip D. Morse, Sr.
Chief of Police

**07 1383**
**FILED**

JUL 3 0 2007

**NANCY** MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PDM:CEB:ceb

*PLAINTIFF'S EX. #4*

**UNITED STATES CAPITOL POLICE**
Washington, D. C.
**ARREST/PROSECUTION REPORT**
P.D. 163 (03/02)

| 1. PERSON NOTICED - NAME CHANGE – UNIT - DATE/TIME 2. ID (ID ONLY) | ID NUMBER (ID ONLY) |
|---|---|
| | 551335 |

**3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID ONLY)**

**4. CID NUMBER** N/A

| 5. UNIT-ARREST NO. 520400211 | CFN 200402140672 | 6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest) BOSTIC, PIERRE LEDREW | 7. DEA LAB NUMBER N/A |
|---|---|---|---|

| 8. Arresting Officer's Name BANKS, DARYL | 9. TYPE OF RELEASE ☐ CITATION ☐ BOND ☐ COLLATERAL ☐ LOCK UP | 10. NICKNAME / ALIAS ▸ NONE | 11. PHONE NUMBER 202-488-4299 |
|---|---|---|---|

| Rank TECH | Badge # 4603 | Agency USCP | 12. COURT DATE 02-16-04 | 13. ADDRESS (Include Room / Apt. No. City & State if Outside D.C.) ▸ 333 K ST SE | 14. TIME IN D.C. LIFE |
|---|---|---|---|---|---|

| 15. ☐ CHILD ABUSE ☐ GANG ☐ HATE ☐ SENIOR CITIZEN ☐ DOMESTIC VIOLENCE SPECIAL INTELLIGENCE | 16. SEX ▸ Male | 17. RACE ▸ Black | 18. BIRTHDATE ▸ 2/18/83 | 19. SOCIAL SECURITY NUMBER 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 |
|---|---|---|---|---|

| 20. NEED INTERPRETER ☐ YES ☒ NO | 21. HEIGHT 601 | 22. WEIGHT 180 | 23. HAIR BLK | 24. EYES BRN | 25. COMPLEX Med | 26. PERMIT NO/ST 577082136/DC | 27. BIRTHPLACE (City & State) WASHINGTON, DC |
|---|---|---|---|---|---|---|---|

| 28. CO-DEFENDANTS: Number 0 (If more than 3, complete PD-68) | 29. IMPERSONATOR? ☐ M ☐ F ☒ NO | 30. ETHINICITY UNK | 31. CAUTION NONE |
|---|---|---|---|

NAME, ADDRESS, ZIP CODE AND PHONE NUMBER

**32. SCARS/MARKS/TATTOOS**
TATTOO: NECK, LF UPPER ARM/SCAR: LF UPPER LEG

1. N/A

| | 33. HAT NONE | 34. JACKET BLACK | 35. PANTS BLUE |
|---|---|---|---|
| 2. | 36. COAT NONE | 37. SHIRT BLACK | 38. SKIRT/DRESS NONE |
| 3. | | | |

| 39. WALES/NCIC CHECK | | | |
|---|---|---|---|
| CHECK MADE BY (Name) PEROTTI | NCIC NUMBER 81179 | WARRANT ON FILE (If Yes, enter Warrant Numbers) Yes ☐ No ☒ | |

| 40. LOCATION OF OFFENSE (Exact Address, include Room / Apt No.) ▸ UNIT BLK I ST SE | DATE OF OFFENSE ▸ 02-14-04 | TIME OF OFFENSE ▸ 1841 |
|---|---|---|
| 40. LOCATION OF ARREST (Exact Address, include Room / Apt No.) ▸ 100 I ST SE | DATE OF ARREST ▸ 02-14-04 | TIME OF ARREST ▸ 1900 |

| 42. ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY ▸ N/A | ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY ▸ N/A |
|---|---|

| 43. DEFENDANT ADVISED OF RIGHTS | | | | |
|---|---|---|---|---|
| DATE 2/14/2004 | TIME 1923 | LOCATION 119 D STREET NE | OFFICER'S NAME – ADVISING / COMPLETING PD FORM 47/47A BANKS, DARYL | PIN # 4603 UNIT PD-3 |

| 44. COMPLAINTANTS / WITNESSES (If sworn member – Name, Rank, Badge No. and Unit) MORE ☐ See Back | | | | |
|---|---|---|---|---|
| NAME – LAST, FIRST, M.I. W-1 ▸ BANKS, DARYL | ADDRESS – STREET, CITY, STATE, ZIP CODE TECH/4603/PD-3 | BIRTHDATE ON FILE | HOME PHONE NO. ON FILE | WORK PHONE NO. 202-224-9801 |
| W-2 ▸ | | | | |

| 45. SPEC. OPS | 46. TACTICS 4 - Traffic Stop | 47. PREMISES 1 - Street | 48. DRUG 11-N/A | 49. WEAPON 9-N/A | 50. SCHOOL ZONE ☐ PUBLIC HOUSING ☐ |
|---|---|---|---|---|---|

| 51. CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA/BOND RECEIPT NO |
|---|---|---|---|---|
| 1. OAS | 987435960 | 020-516 | Lock Up | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

ENTER THE LEAD CHARGE FIRST

| 52. PROPERTY RECOVERY / ITEMS OF EVIDENCE | 53. INITALS – DATE – UNIT OF PERSON TAKING PRINT | 55. RIGHT THUMB PRINT |
|---|---|---|
| PROPERTY BOOK/ PAGE NO. N/A | CSES NO. N/A | SW/02-14-04/PD-3 | |

**54. M. O. WEAPONS, HANGOUTS, HABITS INSTRUMENTS**
DRIVES IN DC WITH A SUSPENDED LICENSE

FILED

JUL 30 2007

NANCY MAYER WHITTINGTON, CLERK

07 1383

DISTRIBUTION: Page 1 to ID & R ; Page 2 & 3 to Prosecutor; Page 4, Unit Copy; Page 5 Officer's Copy
(USCP-PM/RD-10/03-JTC)

COMPLETE ALL REQUIRED FIE

| BOSTIC        PIERRE 02 / 18 / 83 M        BLACK 551335 Metropolitan Police Dept. |
|---|

PLAINTIFFS EX.#5 (2 PGS)

| 57. EMPLOYMENT HISTORY (List present employment if any, on Line 1) | | | | |
|---|---|---|---|---|
| FROM –DATE –TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
| 1. | UNEMPLOYED | | | |
| 2. | | | | |

| 58. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES (Begin with immediate family) | | | | |
|---|---|---|---|---|
| RELATIONSHIP | DOB/AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
| MOTHER | ADULT | MAYS, LAWANA | 333 K ST SE | 202-488-4299 |
| SISTER | ADULT | MAYS, TIFFANY | 333 K ST SE | 202-488-4299 |
| | | | | |

| 59. MILITARY SERVICE: BRANCH/DATE FROM – TO | 60. TELEPHONE CALL MADE | 61. PHONE NUMBER |
|---|---|---|
| N/A | ☒ YES ☐ NO ☐ REFUSED | 202-488-4299 |

**62. STATEMENT OF FACTS:** (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in Item 44 or on PD-58.)

ON 02-14-04, AT APPROX 1841 HRS, WHILE OPERATING USCP SCOUT 144, R/O BANKS OBSERVED THE DEF OPERATING A RED 2DR TOYOTA, BEARING DC TEMP TAG 16680DH, TRAVELING EAST IN THE UNIT BLK I ST SE WITHOUT A TAG ON THE FRONT OF THE VEH. A TRAFFIC STOP WAS CONDUCTED IN THE 100 BLK I ST SE. AFTER APPROACHING THE VEH, R/O OBSERVED A SECOND TAG ON THE DASHBOARD. A WALES/NCIC CHECK OF THE DEF REVEALED HIS DC PERMIT WAS SUSPENDED. THE DEF WAS ARRESTED AND TRANSPORTED TO 119 D ST NE FOR PROCESSING WHERE HE WAS ADVISED OF HIS RIGHTS. THE VEH WAS TOWED TO 75 I ST SE BY AnA TOWING. THE DEF IS IDENTIFIED AS BOSTIC, PIERRE LEDREW.

**63. DEFENDANT'S VERSION / REMARKS:** [What did defendant say about the offense or his/her whereabouts at the time of offense?
(Use PD 318 for defendant's written statement.)]

THE DEFENDANT STATED HE ~~KNEW~~ HIS LICENSE WAS SUSPENDED.

DID NOT KNOW SRDB

| 64. RECORD CLERK'S NAME | ARREST RECORD SUMMARY | | 66. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|
| WILSON, SPENCER | 1.06-03 PROSTITUTION | 2. 08-03 UNREG VEH | |
| 3. 08-03 USCA PWID COCAINE | 4. | 5. | BK 74, PG 93-1 |
| | 6. | | |

**67. BAIL REFORM ACT CASES:** Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☒ no
(If yes, include in Defendant's Version/Remarks Section above.)

| 68. PRINTED NAME – OFFICER MAKING STATEMENT | BADGE NUMBER | RANK | 68. SIGNATURE OF REVIEWING OFFICIAL |
|---|---|---|---|
| BANKS, DARYL | 4603 | TECH | Sgt. Shelly Taylor /TAYLOR, SHELLY |
| 69. SIGNATURE OF OFFICER MAKING STATEMENT | UNIT | DATE | UNIT | DATE |
| Daryl Banks | PD-3 | 2/14/2004 | PD-3 | 2/14/2004 |

(USCP-PMRD-1903-JTC)

| TYPE OF ID PROVIDED | | | |
|---|---|---|---|

**TYPE OF ID PROVIDED**
☒ OPERATOR'S PERMIT W/PHOTO
STATE:DC
☐ PERSONAL ID CARD W/PHOTO AND ADDRESS
☐ OTHER (SPECIFY)

**U.S. CAPITOL POLICE**
WASHINGTON, D.C. 20510-7218

**CITATION RELEASE DETERMINATION REPORT**

| CCN 020-516 | CFN 200402140672 |
|---|---|
| DATE OF ARREST 02-14-04 | TIME 1900 |
| DAY OF THE WEEK Saturday | |

**A. IDENTIFICATION**

| NAME – LAST, FIRST, M.I. BOSTIC, PIERRE L. | BIRTHDATE 02-18-83 | AGE 20 | SEX M | SOCIAL SECURITY NUMBER 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 |
|---|---|---|---|---|

| ADDRESS – STREET, APT. RM. NO., CITY AND STATE IF OUTSIDE D.C. 333 K ST SE | ZIP CODE 20003 | HOW LONG? 11 YRS | PHONE NUMBER 202-488-4299 |
|---|---|---|---|

| LIVES WITH (NAME). MAYS, LAWANA | HOW LONG IN THE D.C. AREA? LIFE | PLACE OF BIRTH (CITY AND STATE) WASHINGTON DC |
|---|---|---|

| NEW CHARGES / ARREST NO(S). / BOOKING UNIT OAS/520400211/PD-3 | NAME OF ARRESTING OFFICER BANKS, DARYL | UNIT PD-3 |
|---|---|---|

| RESULTS OF RECORD CHECK: ☐ NO RECORD ON FILE ☒ RECORD (LIST ALL CHARGES) NCIC NO. 81179 | DATE-CHARGE-SENTENCE 06-03/PROSTITUTION/UNK 08-03/UNREG AUTO/GUILTY | 08-03/UCSA PWID COCAINE/PROBATION |
|---|---|---|

**B. STATEMENT TO BE READ TO ARRESTED PERSON BY INTERVIEWING OFFICER**

The crime for which you have been arrested may be processed in one of three ways and they are as follows:
1. You may be detained in a cell and later transported for presentment to the next session of court.
2. You may be eligible to post cash collateral or secure a bond as insurance for your appearance in court.
3. You may, by furnishing certain information concerning your background, employment and family, be found eligible for the issuance of a Citation. If you are given a Citation, you may leave here today and return to court on your own on a selected day within the next few weeks. If you fail to appear as directed in the Citation, you will become liable to a separate criminal prosecution punishable by a fine of not more than the maximum provided for the original charge or by imprisonment of not more than one year, or both. None of the questions you will be asked will concern the crime for which you are now charged. Further, none of the information obtained from this interview conducted by either a Police Officer or a representative of the Pretrial Services Agency will be used in prosecuting that charge.

DO YOU UNDERSTAND THE PURPOSE OF THE INTERVIEW AND THE CONDITIONS OF YOUR RELEASE IF THE CITATION IS ISSUED? ☐ YES ☐ NO

DO YOU WISH TO BE INTERVIEWED? ☐ YES ☐ NO
I hereby authorize members of the Metropolitan Police Department or the Pretrial Services Agency to receive and verify the information given by me in this interview.

Signature of Witness                    Signature of Arrested Person    Date

**C. INTERVIEW INFORMATION**

| PRIOR ADDRESS | LIVED WITH | HOW LONG? | PHONE NUMBER |
|---|---|---|---|

| STATUS ☒ SINGLE ☐ MARRIED ☐ SEPARATED ☐ DIVORCED ☐ WIDOW | DO YOU LIVE WITH SPOUSE? ☐ YES ☒ NO | NO. OF CHILDREN | YOUR EDUCATION | |
|---|---|---|---|---|

| EMPLOYED ☒ YES ☐ NO | WHERE? (IF NO, HOW SUPPORTED?) | HOW LONG? | OCCUPATION | PHONE NUMBER |
|---|---|---|---|---|

| ARE YOU PRESENTLY ON ANY FORM OF CONDITIONAL RELEASE ON ANY CASE? ☐ YES, WHERE? ☒ NO | ARE YOU ON PROBATION OR PAROLE? ☒ YES, WHERE? DC ☐ NO | DO YOU HAVE ANY OUTSTANDING WARRANTS? ☐ YES, WHERE? ☒ NO |
|---|---|---|

References
| NAME | ADDRESS | RELATIONSHIP | PHONE NUMBER |
|---|---|---|---|

(watermark: ∾ PROBATION)

07 1383
**FILED**
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**D. CITATION PROCEDURES**

| NAME – PRETRIAL SER. /POLICE INTERVIEWER BANKS, DARYL | ARRESTING OFFICER BANKS, DARYL | TIME OF ARREST 1900 | ARREST NUMBER 520400211 | 02-16-04 |
|---|---|---|---|---|

| TIME RECEIVED 1942 | RECOMMENDATION BY PSA ☐ APPROVAL ☒ DISAPPROVAL | CITATION DECISION ☐ APPROVED ☒ DISAPPROVED | RIGHT THUMB PRINT |
|---|---|---|---|

| REASON FOR DISAPPROVING CITATION DEF IS ON PROBATION FOR ONE (1) YEAR BEGINNING 01-28-04. | |
|---|---|

| SIGNATURE OF PROPERTY CLERK / OFFICIAL MAKING RELEASE DECISION Shelly Taylor / TAYLOR, SHELLY | PIN NO. 3791 | UNIT PMRD-3 | DATE OF DECISION 02/14/04 |
|---|---|---|---|

(USCP/PMRD/10/03-JTC)

PLAINTIFFS EX. # 6

CP 04
(4-99)

## WARNING AS TO YOUR RIGHTS

You are under arrest. Before we ask you any questions you must understand what your rights are.

You have the right to remain silent. You are not required to say anything to us at any time or to answer any questions. Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we question you and to have him with you during questioning.

If you cannot afford a lawyer and want one, a lawyer will be provided for you.

If you want to answer questions now without a lawyer present you will still have the right to stop answering at any time.

If you want to answer questions now without a lawyer present you will still have the right to stop answering at any time until you talk to a lawyer.

## WAIVER

Have you read or had read to you the warning as to your rights? _Yes_

Do you understand these rights? _Yes_

Do you wish to answer any questions? _Yes_

Are you willing to answer any questions without having an attorney present? _no_

Signature of defendant _Renee Bates_

Time: _7:23pm_   Date: _2-11-03_

Signature of officer _____

Time _____   Date _2/6/03_

Signature of witness _____

CC 2003  95-509 (rev.)

THUMBPRINT

CFN : 2004024240672

CCN : 020-516



Washington, D.C.

07-1383

**FILED**

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S EX. #7

ARREST REPORT

U.S. Capitol Police Department—Washington, DC

| I&RD USE ONLY ⟶ | DEFENDANT'S TRUE NAME (LAST, FIRST, MIDDLE) | PDID NUMBER 551-335 |
|---|---|---|

| DEFENDAT'S NAME GIVEN AT TIME OF ARREST (LAST, FIRST, MIDDLE) BOSTIC, PIERRE LEDREW | ARREST NUMBER 520400211 |
|---|---|

| BIRTHDATE 02/18/83 | SEX M | RACE B | ADDRESS OF DEFENDANT (STREET, CITY STATE) 333 K ST SE    20003 |
|---|---|---|---|

| SOCIAL SECURITY NUMBER 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 | NICKNAME/ALLIAS | PLACE OF BIRTH WASH DC |
|---|---|---|

| HEIGHT 601 | WEIGHT 180 | HAIR BLK | EYES BRO | COMPLEX. MED | PERMIT NO./STATE 577082136/DC |
|---|---|---|---|---|---|

| LOCATION OF ARREST 100 I ST SE | DATE ARRESTED 02/14/04 | TIME ARRESTED 1900 |
|---|---|---|

| SPECIAL OPERATIONS NUMBER | TACTIC USED 4 | TYPE OF PREMISES 1 |
|---|---|---|

| TYPE WEAPON SEIZED | TYPE DRUG SEIZED | NCIC NO. 81179 |
|---|---|---|

| IS THERE A CO-DEFENDANT? ☐ YES ☒ NO | CHANGE 1 | BANKS, DARYL 4/63 | COMPLAINANT'S NAME (LAST, FIRST, MIDDLE) |
|---|---|---|---|

| COMPLAINAT'S ADDRESS (CHECK ☐ IF D.C. RESIDENT) 119 D ST NE | | AGE ON FILE | SEX | RACE |
|---|---|---|---|---|

| LOCATION OF OFFENSE UNIT BLK I ST SE | DATE 02/14/04 | TIME 1900 | COURT DATE 02/16/04 |
|---|---|---|---|

| IF THERE ARE MULTIPE CHARGES ENTER THE MOST SERIOUS FIRST | | CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA./BOND RECEIPT NO. |
|---|---|---|---|---|---|---|
| | 1. | OAS | 987435960 | 020-516 | E/N | |
| | 2. | | | | | |
| | 3. | | | | | |
| | 4. | | | | | |
| | 5. | | | | | |

(USCP-PMRD-08/03-JTC)

CFN: 200402140672    PAGE 1 OF 1 PAGES

PROPERTY BOOK 74    PAGE# 93-1

TATTOO: L/R NECK
R ARM

SCAR: L LEG

07 1383
FILED

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S EX. #8

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

THE CORPORATION COUNSEL FOR THE DISTRICT OF COLUMBIA
INFORMS THE COURT THAT WITHIN THE DISTRICT OF COLUMBIA:

NAME _____

ADDRESS   333 'E' Street, SE, Washington, DC

PERMIT #   **RECEIVED**   NOI #  987 435 960   TAG # _____

on or about the _____ day of _____ **February** _____, 20 **04**

at   100 'I' Street, SE _____

☐ **DRIVING WHILE INTOXICATED-PER SE (T301):** did
   ☐ operate or be in physical control of a vehicle while his/her blood contained at least .08 percent
or more, by weight of alcohol, or while .38 micrograms or more of alcohol were contained in
millimeter of the individual's breath, or while the individual's urine contained .10 percent
or more by weight of alcohol
   ☐ operate or be in physical control of a vehicle while under the age and where his/her
blood, breath or urine contained any measurable amount of alcohol
in violation of D.C. Code §50-2201.05(b)(1)(2001).

☐ **DRIVING UNDER THE INFLUENCE (T301):** did
   ☐ operate or be in physical control of a vehicle while under the influence of
      ☐ intoxicating liquor
      ☐ drug
      ☐ the combination of intoxicating liquor and a drug
in violation of D.C. Code §50-2201.05(b)(1)(2001).

☐ **OPERATING WHILE IMPAIRED (T401):** did
   ☐ operate or be in physical control of a vehicle while his/her ability to operate a vehicle was
impaired by
the consumption of intoxicating liquor
in violation of D.C. Code §50-2201.05(b)(2)(2001).

☐ **RECKLESS DRIVING (T002):** did operate a vehicle upon a highway
   ☐ carelessly and heedlessly in willful and wanton disregard of the rights and safety of others
   ☐ without due caution and circumspection and at a speed and in a manner so as to endanger and
be likely to endanger persons and property
in violation of D.C. Code §50-2201.04(2001).

☐ **NO PERMIT (T005):** did operate a motor vehicle without having first obtained a permit so to do
in violation of D.C. Code §50-1401.01(d)(2001).

☑ **REVOCATION OR SUSPENSION:** did operate a motor vehicle during the period for which his/her
operator's permit was
   ☐ (T003) revoked
   ☑ (T004) suspended
in violation of D.C. Code §50-1403.01(e)(2001).

07 1383

**FILED**

JUL 3 0 2007

DATE   **Mpnday, February 16, 2004**

_____
Assistant Corporation Counsel
District of Columbia

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REPORTED BY _____ **BANKS, D.E.** _____ DIST.# **USCP** ____ BADGE # **4603**

COL. **DCL#2** DIST. # _____ **WARRANT** _____ JOINT DEF. _____

*PLAINTIFF'S EX. #9*

DISTRICT OF COLUMBIA NOTICE OF INFRACTION

ON SAT No. 14 MO FEB 07 17:00 EST AM

VIOLATOR'S FULL NAME (LAST, FIRST, MIDDLE)
BOSTIC, PIERRE LEBREW

OWNER

STREET ADDRESS
333 K ST SE

SEX
M

CITY, STATE
WASH DC

20003

DATE OF BIRTH
MO 02 DAY 18 YEAR 83

OPERATOR'S PERMIT NO.
577082156

CLASS
D

STATE
DC

**SUPERIOR COURT MOVING VIOLATION**
- ☐ NO PERMIT
- ☐ DISOBEY TRAFFIC OFFICER
- ☐ UNREGISTERED VEHICLE
- ☐ SPEEDING ____ MPH IN ____ MPH ZONE

OTHER: OAS    CCN 1020-516

**DMV MOVING VIOLATION    CODE:**
- ☐ ____ TURN FROM WRONG LANE    ☐ FAIL TO YIELD ROW – T107
- ☐ RED LIGHT – T113    ☐ ____ SIGN VIOLATION
- ☐ FULL TIME & ATTN – T013    ☐ SPEEDING ____ MPH IN ____ MPH ZONE

OTHER: ____

☐ ACCIDENT  ☐ INJURY  ☐ ADMITTED  ☐ CCN

**PARKING VIOLATION**    CODE

SCHEDULED FINE OR COLLATERAL

I swear or affirm under penalty of perjury that I observed the commission of
the violation and issued this notice of infraction.

ISSUER'S SIGNATURE    OFFICER    ELEMENT    BADGE NO.
____    ____    PD    4603

OFFICER AVAILABILITY DATE    MPD CAD NO.

I hereby acknowledge receipt of this notice of infraction. ACKNOWLEDGEMENT OF
RECEIPT IS NOT AN ADMISSION OF LIABILITY.

DATE
2-14-07

SIGNATURE

COPY A

BTA FORM 51 6/03

07 1383

FILED

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLER
U.S. DISTRICT COURT

PLAINTIFF'S EX. # 10

**DEFENDANT ELIGIBILITY RECOMMENDATION**

I. NAME: _Pierre L. Bostic_   NO. OF DEPENDENTS: _____

LOCK-UP NO. _2_   DATE: _2-16-04_   CHARGE: _OAG_

| | | | (Y) | | |
|---|---|---|---|---|---|
| LIQUID ASSETS | $ | | | STD. 5 AMOUNT | $ |
| OTHER ASSETS (1/4 EQUITY) | + $ | | | STD. 4 AMOUNT | + $ |
| GROSS MONTHLY INCOME | + $ | | | FEL. = $ | 1,500 |
| TOTAL AVAILABLE MONTHLY | $ | | | MISD. = | 750 |
| | | | | OTHER= | 400 |

LESS: MONTHLY EXTRAORDINARY
    MEDICAL OR OTHER EXPENSES − $ _____

                            MINIMUM

NET AVAILABLE MONTHLY   (X) _____   MONTHLY NEED   (Z) $ _____

IF X IS EQUAL OR LESS THAN Y . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ❑ ELIGIBLE

IF X IS MORE THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ❑ NOT ELIGIBLE

IF X IS MORE THAN Y BUT LESS THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . ❑ ELIGIBLE WITH CONTRIBUTION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

II. AMOUNT OF CONTRIBUTION.

❑ GROSS MONTHLY FAMILY INCOME IS <u>MORE THAN Y</u>

| | | |
|---|---|---|
| GROSS MONTHLY FAMILY INCOME | $ | |
| LESS: MONTHLY EXTRAORDINARY EXPENSES | − | |
| SUBTOTAL | $ | |
| LESS: STANDARD 5 AMOUNT  (Y) | − | |
| SUBTOTAL | $ | |
| LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN | − | |
| SUBTOTAL | $ | |
| AVAILABLE FOR MONTHLY CONTRIBUTION | $ | |
| TIMES (6 OR FELONIES OR 3 FOR OTHER) | x | |
| TOTAL | $ | |
| ADD: LIQUID ASSETS | + | |
| OTHER ASSETS (1/4 EQUITY) | + | |
| CONTRIBUTION CAPABILITY | (CC)   $ | |

```
┌─────────────────────────────┐
│    NOTES AND CALCULATIONS    │
│                             │
│                             │
│                             │
│            07 1383          │
│            FILED            │
│                             │
│          JUL 3 0 2007       │
│                             │
│   NANCY MAYER WHITTINGTON, C │
│      U.S. DISTRICT COURT    │
└─────────────────────────────┘
```

MAX. CONTRIBUTION = ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS)]   STD 4 AMOUNT $ _____

(DIVIDE MAXIMUM CONTRIBUTION BY <u>26</u> FOR FELONY CASE OR BY <u>13</u> FOR ANY OTHER CASE)

CONTRIBUTION PAYABLE WEEKLY AT $ _____ : _____ PER WEEK FOR _____ WEEKS.

*Jeanette Long*
*Notary Public District of Columbia*
*My commission expires October 31, 2008*

**WARNING:**
YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN FINANCIAL CIRCUMSTANCES, WHICH MIGHT AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS FORM MAY BE PUNISHABLE BY FINE UP TO $1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information which I have provided is true to the best of my belief.

X _Pierre Bostic_   INTERVIEWER _____
DEFENDANT

_____   _Jeanette Long_
                                       NOTARY PUBLIC

DISTRIBUTION: WHITE COPY (COURT JACKET); GOLDENROD COPY (APPOINTED COUNSEL); PINK COPY (DEFENDANT COURT JACKET); GREEN COPY (CJA OFFICE)

_PLAINTIFF'S EX. # 11_

### DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

THE FOLLOWING INFORMATION IS SUBMITTED FOR USE IN DETERMINING
CONDITIONS OF RELEASE.

LOCKUP NO. 002                                    FEBRUARY 16, 2004

    UNITED STATES OF AMERICA VS PIERRE LEDREW BOSTIC

    CHARGES: OPERATING AFTER SUSPENSION    DATE OF BIRTH: 02-18-1983

ADDRESS:

    CURRENT ADDRESS:   333 K STREET, SE
                WASHINGTON, DC 20003
    LIVES WITH: MOTHER
    LENGTH OF RESIDENCE: 10 YEARS
    VERIFIED BY MOTHER

EMPLOYMENT/SCHOOL/SUPPORT:

    PRESENT STATUS: UNEMPLOYED
    HOW LONG: 5 MONTHS
    INCOME SOURCE: UNEMPLOYMENT
    VERIFIED BY MOTHER

    PRIOR STATUS:   EMPLOYED
    WHERE: D.C. FIRE DEPARTMENT
    HOW LONG: 2 YEARS
    TYPE OF WORK:   FIREFIGHTER
    VERIFIED BY MOTHER

COMMUNITY TIES/EDUCATION:

    DC AREA RESIDENT FOR: LIFE        STEADILY
    YEARS EDUCATION: 012
    MARITAL STATUS: SINGLE
    NUMBER CHILDREN: 01
    LIVES WITH CHILDREN: YES
    OTHER FAMILY IN AREA NOT LIVING WITH DEFENDANT:
        NO FAMILY
    VERIFIED BY MOTHER

HEALTH HISTORY:

    NO APPARENT HEALTH PROBLEMS

SELF-REPORTED SUBSTANCE ABUSE:

    DEFENDANT INDICATES DRUG USE WITHIN PAST MONTH

TEST RESULTS:

    FROM: 02-16-04
                * NO INFORMATION AVAILABLE *

PRETRIAL SERVICES CASE NO.: 04047950   BAID: 03173995   TIME: 11:27 AM

07 1383

**FILED**

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S EX. # 12 (3 pgs)

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO. 002 (CONTINUED)                         FEBRUARY 16, 2004
PIERRE LEDREW BOSTIC                                      PAGE: 02

PENDING CASES:

    NO PENDING CASES IN DISTRICT OF COLUMBIA

PRIOR CONVICTIONS:

    DISPOSITION DATE: 01-28-04
    DOCKET NUMBER: SF05167-03
    PLACE: DISTRICT OF COLUMBIA
    CHARGES/SENTENCE:
        ATT POSSESS COCAINE/ 180D SUS, Y.R.A.P 1 YEAR
    COMPLIANCE REMARK:
        DUE TO THE HOLIDAY SCHEDULE PSA WAS UNABLE TO REACH CSO
        BECKWITH FOR COMPLIANCE INFORMATION.  ACCORDING TO PROBATION
        RECORDS THE DEFENDANT LAST REPORTED ON 2/12/04.  AN E-MAIL
        WAS SENT TO CSO BECKWITH REGARDING TODAY'S ARREST.
        ****************************************************
        THE ABOVE INFORMATION WAS OBTAINED FROM FBI RECORDS FOR A
        PERSON MATCHING THE DEFENDANT'S NAME, RACE, SEX, DATE OF
        BIRTH, PLACE OF BIRTH AND SOCIAL SECURITY NUMBER.  IT CANNOT
        BE VERIFIED THIS IS THE DEFENDANT'S RECORD WITHOUT THE
        BENEFIT OF A FINGERPRINT MATCH.

THE DEFENDANT IS CURRENTLY ON:

    PROBATION
    START DATE: 01-29-2004       TERMINATION DATE: 01-28-2005
    JURISDICTION: DISTRICT OF COLUMBIA       DOCKET #: F5167-03
    CHARGES: ATT POSS. COCAINE
    ADJUSTMENT: UNKNOWN
    OFFICER: RICHARD BECKWITH       TELEPHONE:  202-585-7367
    REMARKS: SEE REMARKS UNDER CONVICTION

PRETRIAL SERVICES RECOMMENDATION:

  APPEARANCE RECOMMENDATIONS

    BASED UPON THE INFORMATION KNOWN TO PRETRIAL SERVICES,
    THE AGENCY RECOMMENDS:

    NO CONDITIONS IN THE APPEARANCE CATEGORY.


  SAFETY RECOMMENDATIONS

    BASED UPON THE INFORMATION KNOWN TO PRETRIAL SERVICES,
    THE AGENCY RECOMMENDS:


PRETRIAL SERVICES CASE NO.: 04047950   BAID: 03173995   TIME: 11:27 AM

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO. 002 (CONTINUED)                    FEBRUARY 16, 2004
PIERRE LEDREW BOSTIC                                       PAGE: 03

NO CONDITIONS IN THE SAFETY CATEGORY.

PRETRIAL SERVICES REPRESENTATIVE

RENEE A. DONOHO

_____

PRETRIAL SERVICES CASE NO.: 04047950    BAID: 03173995    TIME: 11:27 AM

# Superior Court of the District of Columbia

## CRIMINAL DIVISION
## SUPERIOR COURT CRIMINAL RULE 112

~~United States~~/District of Columbia

Vs.

Pierre BOSTIC

J-839 00y

**Case Number**

Charge(s)  C.A.S.

The Clerk of the Court will please enter my appearance for the defendant in the above entitled case this _16th_ day of _FEBRUARY_, _2007_

Attorney: **CJA**
CHARLES SZLENKER

Unified Bar Number:
442 870

Address:
624 N. MONROE ST. #4
ARLINGTON, VA 22201

Telephone Number:
703 243 8066

07 1383

**FILED**

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

074d

PLAINTIFF'S EX. #13

# Superior Court of the District of Columbia

## NOTICE TO RETURN TO COURT

10:30

Case No. _T839-04_

YOUR CASE IS SET FOR _____ ~~A.M.~~ (P.M.) ON _2-20-04_, 20 ___

BEFORE JUDGE _____, IN COURTROOM NUMBER _115_ ON

THE _____ 1st _____ LEVEL, SUPERIOR COURT OF THE DISTRICT OF

COLUMBIA, 500 INDIANA AVENUE, N. W.  FAILURE TO APPEAR PROMPTLY MAY RESULT IN THE

ISSUANCE OF A WARRANT FOR YOUR ARREST.

## **IMPORTANT**

It is your responsibility to appear on time in the proper courtroom.  Your name should be listed on the court's calendar posted at the courtroom entrance.  If it is not, please check with the Clerk in the courtroom before court begins or with the Pretrial Services Agency in Room C-225, or with a Clerk at the Information Window in the lobby of the courthouse, to find out if your case will be handled in a different courtroom.

_Pierre Bost_
**Signature of Defendant**

_333 K st SE Wash. DC. 20003_
**Address of Defendant**

_____
**Deputy Clerk**

_2-19-04_
**Date**

07 1383

**FILED**

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Original - Court
Canary - Defendant

Form CD-1055/Oct. 00

PLAINTIFF'S EX. #14



GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF MOTOR VEHICLES



## 5 YEARS DRIVER RECORD

Date: 01-09-2006

Name: PIERRE L BOSTIC

Address: 532 ONEIDA PL NW
WASHINGTON DC 20011

| License Number: 1505027 | SSN: 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 | Birth Date: 02-18-1983 Good Points: 1 | Total Current Points:0 |
|---|---|---|---|
| Sex: MALE | Height: 6 feet 01 inches | Weight: 195 lbs | Hair: BROWN | Eyes: BROWN |

### License/ID Details:

| Class | ID/License Type | DLN/ID | License | License Status | Original Issue Date | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| D | NCDL | 1505027 | REGULAR | VALID | 07-11-2000 | 09-03-2004 | 02-18-2009 |
| A | CDL | 1505027 | LEARNER | VALID | 07-11-2000 | 09-01-2005 | 09-01-2006 |

Restrictions:

4     MUST BE ACCOMPANIED BY A DRIVER AUTHORIZED FOR CLASS OF VEHICLE

Endorsements:

P     TRANSPORT PASSENGERS

| B | CDL | 1505027 | LEARNER | CANCELLED | 07-11-2000 | 08-11-2005 | 09-01-2005 |

Restrictions:

4     MUST BE ACCOMPANIED BY A DRIVER AUTHORIZED FOR CLASS OF VEHICLE

Endorsements:

P     TRANSPORT PASSENGERS

| D | NCDL | 577082136 | PROVISIONAL | EXPIRED | 07-11-2000 | 09-22-2000 | 09-22-2001 |

Restrictions:

3     MAY NOT OPERATE A VEHICLE FOR COMPENSATION

| D | NCDL | 577082136 | LEARNER | CANCELLED | 07-11-2000 | 07-11-2000 | 08-17-2000 |

Restrictions:

3     MAY NOT OPERATE A VEHICLE FOR COMPENSATION

4     MUST BE ACCOMPANIED BY A DRIVER AUTHORIZED FOR CLASS OF VEHICLE

### Conviction/Violation:

07 1383

| Citation Date | Disposition Date Code/Desc | Conviction/ Violation # | State | Violation Description | Good Points Applied | Total Points | Acdt Ind | CMV Off | Haz Mat |
|---|---|---|---|---|---|---|---|---|---|
| 02-14-2004 | 04-30-2004 | 987435956 | DC | FAILING TO FASTEN TAG SECURELY | 0 | 0 | 0 | YES | NO |
| | 13 DEEMED LIABLE | | | | | | | | |

Conviction DLN:

**FILED**

Page 1 of 3

JUL 3 0 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

PLAINTIFFS EX. #15 (3 PGS)

GOVERNMENT OF THE DISTRICT OF COLUMP
DEPARTMENT OF MOTOR VEHICLES

**DMV**
DISTRICT OF COLUMBIA

## 5 YEARS DRIVER RECORD

Date: 01-09-2006

Name: PIERRE L BOSTIC

Address: 532 ONEIDA PL NW
WASHINGTON DC 20011

| | | |
|---|---|---|
| License Number: 1505027 | SSN: 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 | Birth Date: 02-18-1983  Good Points: 1  Total Current Points:0 |
| Sex: MALE | Height: 6 feet 01 inches | Weight: 195 lbs  Hair: BROWN  Eyes: BROWN |

### Conviction/Violation:

| | Citation Date | Disposition Date Code/Desc | Conviction/ Violation # | State | Violation Description | Points | Good Points Applied | Total Points | Acdt Ind | CMV Off | Haz Mat |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2. | 08-25-2003 | 11-04-2003 | 983671286 | DC | CHANGING LANE(S) WITHOUT CAUTION | 3 | 0 | 3 | YES | | NO |
| | | 13 | DEEMED LIABLE | | | Conviction DLN: | | | | | |
| 3. | 10-03-2002 | 12-31-2002 | 968580550 | DC | PASSING STOP SIGN | 2 | 0 | 2 | NO | NO | NO |
| | | 13 | DEEMED LIABLE | | | Conviction DLN: | | | | | |
| 4. | 02-26-2002 | 05-07-2002 | 976669142 | DC | CHANGING LANE(S) WITHOUT CAUTION | 3 | 0 | 3 | YES | NO | NO |
| | | 13 | DEEMED LIABLE | | | Conviction DLN: | | | | | |
| 5. | 04-27-2001 | 07-21-2001 | 965931175 | DC | PASSING RED LIGHT | 2 | 0 | 2 | NO | NO | NO |
| | | 13 | DEEMED LIABLE | | | Conviction DLN: | | | | | |

### Withdrawal:

| | Withdrawal Description | Citation/ Violation# | Begin Date | End Date | Withdrawal Status | Extent | St | NCDL Reinst Dt | CDL Reinst Dt |
|---|---|---|---|---|---|---|---|---|---|
| 1. | UNPAID TICKET VIOLATION | 987435958 | 04-30-2004 | 05-18-2004 | RESTORED | BOTH | DC | 05-18-2004 | 00-00-0000 |
| 2. | TEENAGER SUSPENSION | 965931175 | 03-25-2003 | 04-24-2003 | RESTORED | BOTH | DC | 04-24-2003 | 00-00-0000 |
| 3. | UNPAID TICKET VIOLATION | 968580550 | 01-01-2003 | 04-24-2003 | RESTORED | BOTH | DC | 04-24-2003 | 00-00-0000 |
| 4. | UNPAID TICKET VIOLATION | 976669142 | 05-07-2002 | 04-24-2003 | RESTORED | BOTH | DC | 04-24-2003 | 00-00-0000 |

GOVERNMENT OF THE DISTRICT OF COLUM
DEPARTMENT OF MOTOR VEHICLES



## 5 YEARS DRIVER RECORD

Date: 01-09-2006

Name: PIERRE L  BOSTIC

Address: 532 ONEIDA PL NW
WASHINGTON  DC  20011

License Number: 1505027          SSN: 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    Birth Date: 02-18-1983  Good Points: 1    Total Current Points:0

Sex: MALE              Height: 6 feet 01 inches    Weight: 195 lbs      Hair: BROWN        Eyes: BROWN

### Good Points:

| Credit Year | Good Points | Good Points Added | Citation Number | Good Points Used |
|---|---|---|---|---|
| 2005 | 1 | 12-31-2005 | | |

Page 3 of 3

| No Papers Count(s) | Court File Date | LOCK UP | PDID |
|---|---|---|---|

**Court File Date:** 2-16-04

**LOCK UP** L-2

PDID _____
DOB 2-18-83
CCR _____

| No Papers Count(s) | |
|---|---|
| Charges Filed | 1 |
| Felony | |
| Misdemeanor | |
| Traffic | A |
| D.C. | |

☐ CITATION  ☐ BOND  ☐ Collateral $ _____ Page _____

**DEFENSE COUNSEL** ☐ PRO SE  CODE  S  C  A  R  DATE WITHDRAWN
1. Steyenker  ☐ ☐ ☐ ☐ _____
2. _____  ☐ ☐ ☐ ☐ _____

**PROSECUTOR**  CODE  **ASSIGNED TO JUDGE**
1. _____
2. _____  Cal. Number _____

☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.

☐ LINEUP ORDER FILED

Count(s) A  PLEA: ☑ Not Guilty  ☐ Guilty, JUDGMENT Guilty

☐ Sworn Statement Filed Rule 5(c) Determination  ☐ Made  ☐ Waived

| | A |
|---|---|
| A | OAS |
| B | |
| C | |
| D | |
| E | |
| F | |
| G | |

**CONTINUED DATE** | **BOND CONDITIONS**
| PREL. HEARING | | BOND AMOUNT $ |
| STATUS HEARING | 2/19/04 | ☐ CASH _____ %  ☐ SURETY |
| JURY TRIAL | | ☑ PERSONAL RECOGNIZANCE |
| NON-JURY | | ☐ Third Party Custodian |
| | | ☐ Collateral Remains |

| H | |
| I | |

☐ PROBATION
☐ DOMESTIC VIOL.
☐ 163 FILED

☑ Defendant Advised of Penalties for Failure to Appear.

Sentence Date
Report Due Date
Date Jacket Ready For Probation
Date Received in Probation

Count(s) _____ Nolle Prosequi Prosecutor: _____

COURT REPORTER  TAPE ☐ C-10  CLERK M  JUDGE/COMM.

Date Jacket Returned to Crim. Div.

☐ NEW COMMITMENT  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY

**Diversion**
Date Admitted

| DISPOSED | | | | PENDING | | | | |
|---|---|---|---|---|---|---|---|---|
| CLOSED | CONT. PAY | ShowCause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated By |

DATE: 2-20-04  **FINAL DISPOSITION ONLY**

A TRUE COPY
TEST: MAR 01 2006
Clerk Superior Court of the District of Columbia
Deputy Clerk

diversion rolle.

Count(s) A  Nolle Prosequi Prosecutor: _____
COURT REPORTER  TAPE ☑ 115  CLERK  JUDGE/COMM. Kingell

NEW COMMITMENT EXECUTED  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY

Counts Closed A  **DISPOSED**  Updated By

DISTRICT OF COLUMBIA

vs

Pierre Bostic

07 1383
**FILED**

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Superior Court of the District of Columbia

**CRIMINAL DIVISION**

**TRAFFIC**

PLAINTIFF'S EX # 16

**CIVIL COVER SHEET**

## I (a) PLAINTIFFS

Pierre Bostic

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ___11001___
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
(202) 882-9015
Robert L. Scotty, Esq., 532 Oneida Place
Wash DC 20011

**DEFENDANTS** United States Capitol Police.
Officer Darryl Banks, Badge # 4603
District of Columbia

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

Case: 1:07-cv-01383
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/30/2007
Description: PI/Malpractice

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZEN...
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A.** *Antitrust*

☐ 410 Antitrust

☒ **B.** *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(5)

| ☐ G.  *Habeas Corpus/ 2255* | ☐ H.  *Employment Discrimination* | ☐ I.  *FOIA/PRIVACY ACT* | ☐ J.  *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
| ☐ K.  *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L.  *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ M.  *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N.  *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. 1983  PLAINTIFF WAS FALSELY ARRESTED & IMPRISONED, ASSAULTED & BATTERED & VICTIMIZED BY NEGLIGENCE OF THE DEFENDANTS ON OR ABOUT FEBRUARY 14, 2004.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23  **DEMAND $** $ 1,000,000.00  Check YES only if demanded in complaint  **JURY DEMAND** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**  N/F  (See instruction) ☐ YES ☒ NO  If yes, please complete related case form.

DATE  07/25/07  SIGNATURE OF ATTORNEY OF RECORD  _____

07.30.07

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

RECEIVED

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT