UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PIERRE BOSTIC**, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.:07-1383 (EGS) |
| | ) |
| **UNITED STATES CAPITOL POLICE**, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**FIRST MOTION FOR ENLARGEMENT OF
TIME TO FILE RESPONSE TO COMPLAINT**

Defendant United States Capitol Police (USCP), and Officer Darryl Banks, by counsel, through its undersigned attorneys, hereby move for a thirty day enlargement of time in which to file their response to plaintiff's complaint. The requested enlargement is justified for the following reasons:

1. Although a request has been made, Defendant USCP has not yet obtained representation authority from the Department of Justice for individually named defendant Officer Darryl Banks.

2. Defendants USCP and Banks request an additional thirty days to confirm receipt of representation authority for defendant Banks prior to the filing of a response on behalf of both defendants.

3. Granting the requested enlargement would be in the interests of justice, and would not unduly prejudice plaintiff.

- 1 -

4. Undersigned counsel called counsel for plaintiff and left a message in order to obtain plaintiff's position on this request for enlargement of time. At the time of filing this motion, plaintiff's counsel has not yet returned this call.

Wherefore, defendants USCP and Banks move for a thirty day enlargement of time in which to file a response to plaintiff's complaint.

Respectfully submitted,

\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon plaintiff's counsel, Robert Scott, P.O. Box 247, Mt. Ranier, MD 20712.

_____//_____
Alexander D. Shoaibi
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PIERRE BOSTIC**, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.:07-1383 (EGS) |
| | ) |
| **UNITED STATES CAPITOL POLICE,** *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER

**UPON CONSIDERATION** of the first motion for enlargement filed by defendants United States Capitol Police and Officer Darryl Banks, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendants shall file their responses to plaintiff's complaint on or before November 13, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.