AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PIERRE BOSTIC
532 ONEIDA PL. NW.
WASH D.C. 20011 (202) 882-9015
                    V.
UNITED STATES CAPITOL POLICE, ET AL
OFFICER DARRYL BANKS BADGE# 4603
119 D St. N.E.
WASH. D.C. 20510

**SUMMONS IN A CIVIL CASE**

CAS

Case: 1:07-cv-01383
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/30/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

OFFICER DARRYL BANKS
119 D ST. N.E.
WASH. DC. 20510

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' ~~....~~ Please (name and address)

Pierre Bostic
532 Oneida Pl. NW ~~....~~
Wash. D.C. 20011

an answer to the complaint which is served on you with this summons, within ▮ 60 days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL 30 2007
DATE

_Maureen Higgins_
(By) DEPUTY CLERK

Nancy M. Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  8-29-07 |
| NAME OF SERVER *(PRINT)*  Craig Hiah | TITLE  PPS |

Check one box below to indicate appropriate method of service    hand delivery

☒ Served personally upon the defendant. Place where served: 4600 Blue Plains Dr. SW Washington DC 20032

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-31-07
                      Date

Signature of Server

Tracer, Inc.
1124 Tucker Lane
Address of Server
Ashton, Maryland  20861
301-260-1100

# RECEIVED

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*PIERRE BOSTIC*
*532*

V.

*United States Capitol Police, et al*
*119 D St. N.E.*

**SUMMONS IN A CIVIL CASE**

CASE

Case: 1:07-cv-01383
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/30/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

*District of Columbia c/o*
*Mayor Adrian Fenty*
*441-4th St. N.W*
*Wash DC 20001*

**YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'** *PRO SE* ████████ (name and address)

*Pierre Bostic*
*532 Oneida Place*
*Wash. DC 20011*

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK

**JUL 3 0 2007**

DATE

*Maureen Higgins*
(By) DEPUTY CLERK

59687

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  8/15/07 |
| NAME OF SERVER (PRINT)  Maurice Liggins | TITLE  P.P.S. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  Served: TabiTHA Braxton, Staff assistant (secretary Mayor ADRIAN FENTY) 1350 Pennsylvania Ave, NW, 4th floor, WASHINGTON, DC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/21/07
   *Date*

*Signature of Server*

Tracer, Inc.
1124 Tucker Lane
*Address of Server*  Ashton, Maryland 20861
301-260-1100

# RECEIVED

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.