AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Pierre Bostic
532 Oneida Pl. N.W.
Wash D.C. 20011 (202) 882-9015

v.

United States Capitol Police
199 D St. N.E.
Wash. D.C. 20510, ETAL

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01383
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/30/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

United States Capitol Police
119 D. St. N.E.
Wash. D.C. 20510

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

Pierre Bostic
532 Oneida Place N.W.
Wash D.C. 20011

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL 3 0 2007
DATE

Maureen Higgins
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-28-07  3:45pm |
| NAME OF SERVER (PRINT)  Maurice Liggins | TITLE  PPS |

Check one box below to indicate appropriate method of service    hand delivery

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Don Jordan - Legal Assistant, Office of Employment Counsel

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date                Signature of Server

Address of Server:
Tracer, Inc.
1124 Tucker Lane
Ashton, Maryland  20861
301-260-1100

**RECEIVED**

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PIERRE BOSTIC

V.

UNITED STATES CAPITOL POLICE, ET AL

**SUMMONS IN A CIVIL CASE**

CASE: Case: 1:07-cv-01383
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/30/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 - 3RD ST. N.W
WASH D.C 20061

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

PIERRE BOSTIC
532 ONEIDA PLACE, N.W.
WASH. D.C. 20011

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL 3 0 2007
DATE

(By) DEPUTY CLERK

59689

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 8/14/07 |
| NAME OF SERVER (PRINT) Maurice Liggins | TITLE P.P.S. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served: Gary Nails, Dockett clerk Authorized to sign
US Attorney
501 3rd Street, NW
Washington DC

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/21/07
                  Date                            Signature of Server

Tracer, Inc.
1124 Tucker Lane
Address of Server  Ashton, Maryland 20861
301-260-1100

**RECEIVED**

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.