AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

PIERRE L. BOSTIC

v.

UNITED STATES, et al

APPEARANCE

CASE NUMBER: 1:07-CV-01383 EGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the plaintiff, PIERRE L. BOSTIC, IN THIS MATTER

| | |
|---|---|
| November 13, 2007 | *signature* |
| **Date** | **Signature** |
| 425749 | Robert D. Scott |
| **BAR IDENTIFICATION NO.** | **Print Name** |
| | Post Office Box 247 |
| | **Address** |
| | Mt. Rainier, MD    20712 |
| | City    State    Zip Code |
| | 301-864-8611 |
| | **Phone Number** |