UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PIERRE BOSTIC**, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.:07-1383 (EGS) |
| | ) |
| **UNITED STATES CAPITOL POLICE**, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**SECOND MOTION FOR ENLARGEMENT OF
TIME TO FILE RESPONSE TO COMPLAINT**

Defendants United States Capitol Police (USCP), and Officer Darryl Banks, by counsel, through its undersigned attorneys, hereby move for an additional two week enlargement of time in which to file their response to plaintiff's complaint. The requested enlargement is justified for the following reasons:

1.  Undersigned counsel has not yet received individual capacity representation authority from the Department of Justice for Defendant Officer Darryl Banks.

2.  Undersigned counsel spoke with both agency counsel for Defendant USCP and with the attorney in charge of this matter at the Department of Justice, and was advised that representation authority likely will be granted within approximately one week.

3. Because undersigned counsel will be representing both the USCP and Officer Darryl Banks once individual representation authority is approved, these defendants

- 1 -

request an additional two week enlargement of time to November 27, 2007 by which to file their response to the Complaint in this case.

    3. Granting the requested enlargement would be in the interests of justice, and would not unduly prejudice plaintiff.

    4. Undersigned counsel called counsel for plaintiff and left a message in order to obtain plaintiff's position on this request for enlargement of time. Undersigned counsel also sent plaintiff's counsel an e-mail message for this purpose. At the time of filing this motion, plaintiff's counsel has not responded to either this telephone call or e-mail message.

    Wherefore, defendants USCP and Officer Darryl Banks move for a two week enlargement of time in which to file a response to plaintiff's complaint.

                              Respectfully submitted,

                              __/s_/_____
                              JEFFREY A. TAYLOR, D.C. BAR #498610
                              United States Attorney


                              __/s/_____
                              RUDOLPH CONTRERAS, D.C. BAR #434122
                              Assistant United States Attorney


                              __/s/_____
                              ALEXANDER D. SHOAIBI, D.C. BAR #423587
                              Assistant United States Attorney
                              501 Third Street, N.W., Rm E-4218
                              Washington, D.C. 20530
                              (202) 514-7236

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was served by the ECF system on plaintiff's counsel.

                                                _____//_____
                                                Alexander D. Shoaibi
                                                Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PIERRE BOSTIC**, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) C.A. No.:07-1383 (EGS) |
| | ) |
| **UNITED STATES CAPITOL POLICE,** *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

## ORDER

**UPON CONSIDERATION** of the second motion for enlargement filed by defendants United States Capitol Police and Officer Darryl Banks, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendants shall file their responses to plaintiff's complaint on or before November 27, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.