UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERRE BOSTIC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-1383 (EGS) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES CAPITOL POLICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## FEDERAL DEFENDANTS' ANSWER

Federal Defendants[1], by and through undersigned counsel, hereby answer the allegations in Plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff's claims and/or causes of action set forth in the Complaint are barred by the doctrines of contributory negligence and/or assumption of the risk.

### SECOND DEFENSE

Federal Defendants deny that Plaintiff was injured to the extent claimed and deny that any alleged injuries or damages were proximately caused by the alleged acts of negligence of Federal Defendants.

---

[1] Although Plaintiff's complaint names the United States Capitol Police and Officer Darryl Banks, the only proper Federal Defendant is the United States of America. See 28 U.S.C. § 1346(b)(1)(FTCA is a limited waiver of sovereign immunity, permitting damage actions against the United States for injury, loss of property or death caused by the negligent or wrongful acts or omissions of federal employees acting within the scope of their employment).

### THIRD DEFENSE

The United States, through its employees and agents, acted with due care and diligence at all relevant times.

### FOURTH DEFENSE

Insofar as the Complaint requests prejudgment interest and punitive damages, such are not recoverable under the FTCA. 28 U.S.C. § 2674.

### FIFTH DEFENSE

Costs are not separately recoverable under the Federal Tort Claims Act.

### SIXTH DEFENSE

Plaintiff is not entitled to a trial by jury under the Federal Tort Claims Act.

### SEVENTH DEFENSE

Federal Defendants reserve the right to amend their Answer should facts learned in discovery so warrant. Federal Defendants also reserve the right to assert any other matter that constitutes an avoidance or affirmative defense under Fed. R. Civ. P. 8(c).

### EIGHTH DEFENSE

Federal Defendants deny each and every allegation in the Complaint except as may be expressly and specifically admitted. Federal Defendants respond to the separately numbered

paragraphs and prayers for relief as follows:

1. To the extent this paragraph asserts any violation of Plaintiff's federal civil rights, it is denied. The remainder of this paragraph contains conclusions of law, to which no response is required.

2. This paragraph contains Plaintiff's assertion of jurisdiction to which no response is required. To the extent that the first four sentences contain any allegation of fact, denied. Admit only that the Plaintiff exhausted administrative remedies under the Federal Tort Claims Act (FTCA).

3. Federal Defendants are without knowledge or information sufficient to form a belief as to the truth of the first sentence, and therefore deny. Admit remaining allegations of paragraph.

4. Admit.

5. Deny

.

6. Deny.

## COUNT ONE

(False Arrest & Imprisonment)

7. Federal Defendants hereby replead and reallege their responses to paragraphs 1 through 6 as if fully set forth herein.

8. Deny.

## COUNT TWO

(Assault & Battery)

9. Federal Defendants hereby replead and reallege their responses to paragraphs 1 through 8 as if fully set forth herein.

10. Deny.

## COUNT THREE

(Intentional Infliction of Emotional Distress)

11. Federal Defendants hereby replead and reallege their responses to paragraphs 1 through 10 as if fully set forth herein.

12. Deny.

## COUNT FOUR

(Negligence)

13. Federal Defendants hereby replead and reallege their responses to paragraphs 1 through 12 as if fully set forth herein.

14. Deny.

## INJURIES

15. Federal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny.

Except to the extent expressly admitted or qualified above, Federal Defendants deny each and every allegation in the Complaint.

## JURY DEMAND

Plaintiff is not entitled to a trial by jury under the Federal Tort Claims Act.

Having fully answered, Federal Defendants respectfully request that the Court dismiss this case with prejudice, and grant such other relief as this Court deems appropriate.

Dated: November 27, 2007

Respectfully submitted,

\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                         /s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
555 4th Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this **27TH** day of November, 2007, I caused the foregoing **Federal Defendants'** Answer to be served on plaintiff's counsel postage prepaid, addressed as follows:

>    Robert D. Scott
>    P.O. Box 247
>    Mt. Ranier, MD 20712

>    /s/
>    ALEXANDER D. SHOAIBI
>    Assistant United States Attorney