UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PIERRE BOSTIC,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-1383 (EGS) |
| ) | |
| v. ) | |
| ) | |
| **UNITED STATES CAPITOL POLICE,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**LOCAL RULE 16.3 REPORT**

The parties, having conferred by telephone, provide this report to the Court in accordance with Local Rule 16.3(d).

Matters to be addressed under Rule 16.3(c):

1. Dispositive motion: Defendant believes this case may be disposed of by dispositive motion; plaintiff anticipates filing a response to a dispositive motion.

2. Joinder, amendments, narrowing of issues: No other parties are anticipated. No amendments to the pleadings are anticipated.

3. Magistrate judge: The parties do not agree to assignment to a magistrate judge for any purposes.

4. Possibility of Settlement: While it is too early to tell if there is a reasonable possibility of settling the case, defendant does not currently see a basis for settlement.

5. Alternative Dispute Resolution: Counsel for defendant has discussed ADR with the defendant agency and does not believe ADR would be appropriate at this time prior to discovery. Plaintiff's counsel has discussed ADR with plaintiff and believes ADR would be appropriate

now.

6.  Motions: Defendant believes this case is suitable for a dispositive motion. Motions should be filed within thirty days of the close of discovery. Oppositions should be filed thirty days thereafter and replies filed within fifteen days of the oppositions.

7.  Initial Disclosures: The parties agree to dispense with initial disclosures.

8.  Discovery: The parties agree to a period of 120 days for discovery. No unusual discovery issues are anticipated.

9.  Experts: The parties do not wish to modify the requirements of F. R. Civ. P. 26(a)(2) regarding expert witnesses.

10. Class Actions: N/A.

11.-13. Trial: The parties do not request a bifurcated trial. They propose that a pretrial date be set at the close of all discovery, and after the resolution of any final dispositive motion, and that a trial date be scheduled for 30-60 days after the pretrial conference date.

Respectfully submitted,

_____/s/_____
ROBERT D. SCOTT, Esq.
P.O. Box 247
Mt. Ranier, MD 20712

Counsel for Plaintiff

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney
_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Chief, Civil Division

_____/s/_____
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
555 4th Street, NW, Room E-4218
Washington, DC 20530
(202) 514-7236

Counsel for Defendant