UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIERRE L. BOSTIC

    Plaintiff

v.                                Civil Action No. 1:07-cv-1383 (EGS)

UNITED STATES CAPITOL
POLICE, et al

    Defendants

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW WHY THE DISTRICT OF COLUMBIA SHOULD NOT BE DISMISSED AS A PARTY DEFENDANT FOR WANT OF PROSECUTION

Comes now plaintiff, Pierre L. Bostic, by and through undersigned counsel and responds to the Order to Show Cause Why the District of Columbia Should Not Be Dismissed as a Party Defendant, pursuant to Federal of Rule Civil Procedure 4 (*l*)(3) and 4 (*m*), on the following grounds;

1. Plaintiff, Pierre L. Bostic, filed suit against the United States Capitol Police, Officer Darryl Banks and the District of Columbia on or about July 30, 2007. The United States Capitol Police were served with a summons and complaint on or about August 28, 2007. Officer Darryl Banks was served with a summons and complaint on or about August 29, 2007, and the United States Attorney's Office was served with a summons and complaint on or about August 17, 2007.

2. On or about August 14, 2007, the United States Attorney's Office for the District of Columbia was served with a summons and complaint. (See Exhibit 1 attached). Mayor Adrian M. Fenty"s Office for the District of Columbia was served with a summons and complaint on or about August 15, 2007. (See Exhibit 2 attached).

3. As the United States Attorney's Office for the District of Columbia and Mayor of the District of Columbia, Adrian M. Fenty's Office were each served with a summons and complaint well within the 120 days after the filing of the complaint, as set forth in Rule 4(m), plaintiff, Pierre L. Bostic, asserts that he has demonstrate good cause why the claims against the District of Columbia should not be dismissed for want of prosecution.

301.☐. Undersigned counsel believed that the proof of service as to the District of Columbia was filed with the clerk at the same time as the proof of service was filed with regard to the other defendants in this action. Counsel could however, be mistaken in that regard. However, pursuant to Rule 4 (*l*)(3), failing to prove service does not affect the validity of service. Accordingly, plaintiff, Pierre L. Bostic, submits that he has complied with service pursuant to Rule 4(*m*).

Wherefore premises considered, plaintiff, Pierre L. Bostic, respectfully requests the court to find that he has shown good cause why the claims against the District of Columbia should not be dismissed.

Respectfully submitted,

_/s/ Robert D. Scott_
Robert D. Scott, Esquire
Counsel for Plaintiff
D.C. Bar 425749
Post Office Box 247
Mt. Rainier, MD 20712
301-864-8611

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIERRE L. BOSTIC                    :
                                    :
       Plaintiff                    :
                                    :
       v.                           :   Civil Action No. 1-07-cv-1383 (EGS)
                                    :
UNITED STATES CAPITOL               :
POLICE, et al                       :
                                    :
       Defendants                   :

## MEMORANDUM OF POINTS & AUTHORITIES

1. Federal Rule of Civil Procedure 4(m).
2. Federal Rule of Civil Procedure 4(f)(3)
3. The record herein.
4. The inherent power of the court.

Respectfully submitted,

/s/ Robert D. Scott
Robert D. Scott, Esquire
Counsel for Plaintiff
D.C. Bar 425749
Post Office Box 247
Mt. Rainier, MD 20712
301-864-8611

3

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Order Show Cause and Memorandum of Points and Authorities in support thereof, was mailed first class, postage prepaid this 12th day of February, 2008, to:

Alexander D. Shoaibi
Assistant United States Attorney
555 – 4th Street, N.W., Rm. E-4218
Washington, D.C. 20530

_____
Robert D. Scott

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PIERRE BOSTIC

SUMMONS IN A CIVIL CASE

V.

United States Capitol Police, et al.

CASE: Case: 1:07-cv-01383
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/30/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

U.S. Attorney
501 - 3rd St. N.W.
Wash D.C. 20061

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' Pro Se (name and address)

Pierre Bostic
532 Oneida Place, N.W.
Wash. DC 20011

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL 3 0 2007
DATE

DEPUTY CLERK

EXHIBIT 1 (2) PGS.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]    DATE 8/14/07

NAME OF SERVER (PRINT) Maurice Liggins    TITLE P.P.S.

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Gary Nails, Dockett clerk Authorized to sign
US Attorney
501 3rd B Street, NW
Washington DC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/21/07
           Date           Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PIERRE BOSTIC
532

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES CAPITOL POLICE, ET AL
119 D ST. N.E.

CASE

Case: 1:07-cv-01383
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/30/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)
DISTRICT OF COLUMBIA C/O
MAYOR ADRIAN FENTY
441 - 4th ST. N.W
WASH D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

PIERRE BOSTIC
532 ONEIDA PLACE
WASH. D.C. 20011

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**
CLERK

JUL 3 0 2007
DATE

_Maureen Higgins_
(By) DEPUTY CLERK

EXHIBIT 2 (2) PGS

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/15/07 |
| NAME OF SERVER (PRINT) Maurice Liggins | TITLE P.P.S. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Tabitha Braxton, Staff Assistant Secretary
Mayor Adrian Fenty
1350 Pennsylvania Ave, NW, 4th Floor
Washington, DC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/21/07
Date

Signature of Server

Tracer, Inc.
[illegible] Shelter Lane
Ashton, Maryland 20861
301-[illegible]-1100

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIERRE L. BOSTIC

    Plaintiff

v.                                         Civil Action No. 1:07-cv-1383 (EGS)

UNITED STATES CAPITOL
POLICE, et al

## ORDER

Upon consideration of Plaintiff's Response to the Order to Show Cause Why the District of Columbia Should Not Be Dismissed as a Party Defendant to this action, and any opposition thereto, it is this _____ day of _____, 2008,

ORDERE BY THE COURT

That the Order to Show Cause be and hereby is vacated and the claims of the plaintiff, Pierre L. Bostic, against the defendant, District of Columbia, shall proceed in the normal course.

                                                                                      _____
                                                                                            JUDGE