UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIERRE L. BOSTIC

       Plaintiff              :

      v.                        Civil Action No. 1:07-cv-1383 (EGS)

UNITED STATES CAPITOL
POLICE, et al                     :

       Defendants          :

## PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT AGAINST THE DEFENDANT DISTRICT OF COLUMBIA

Comes now plaintiff, Pierre L. Bostic, by and through undersigned counsel and moves the court to enter an order granting a default judgment against the defendant, District of Columbia, pursuant to Federal Rule of Civil Procedure 55 (a)(2), on the following grounds:

1. Plaintiff, Pierre Bostic, by and through undersigned counsel filed suit against the District of Columbia on or about July 30, 2007, along with co-defendants, the United States Capitol Police and Officer Darryl Banks.

2. The District of Columbia was served with a summons and complaint on or about August 15, 2007, (See Exhibit 2 attached). The United States Attorney's Office for the District of Columbia was served with a summons and complaint on or about August 14, 2007, (See Exhibit 1 attached). The District of Columbia has not responded to the summons and complaint, nor has any representative of the District of Columbia responded to the summons and complaint in their behalf.

3. Defendant, District of Columbia's, answer was due within 20 days after

service of the summons and complaint, pursuant to Federal Rule of Civil Procedure 12

(a)(1)(A)(*i*).   No answer has been filed by defendant, District of Columbia, to this date.

Wherefore, premises considered, plaintiff, Pierre L. Bostic, respectfully requests

the court to grant a default judgment against the defendant, District of Columbia, and to

schedule this matter for a hearing on ex-parte proof of damages.

Respectfully submitted,

Robert D. Scott, Esquire
Counsel for Plaintiff
D.C. Bar 425749
Post office Box 247
Mt. Rainier, MD  20712
301-864-8611

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIERRE L BOSTIC

    Plaintiff

    v.                           Civil Action No. 1:07-cv-1383 (EGS)

UNITED STATES CAPITOL
POLICE, et al

    Defendants

## MEMORANDUM OF POINTS & AUTHORITIES

1. Federal Rule of Civil Procedure 55 (a)(2).

2. Federal Rule of Civil Procedure 12 (a)(1)(A)(i).

3. The record herein.

3. The inherent power of the court.

Respectfully submitted,

_Robert D. Scott_

Robert D. Scott, Esquire
Counsel for Plaintiff
D.C. Bar 425749
Post Office Box 247
Mt. Rainier, MD 20712
301-864-8611

3

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Default Judgment against defendant, District of Columbia, and Memorandum of Points and Authorities in support thereof, was mailed first class, postage prepaid this 14th day of February, 2008, to:

Alexander D. Shoaibi
Assistant United States Attorney
555 – 4th Street, N.W., Room E-4218
Washington, D.C. 20530

_____
Robert D. Scott

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*PIERCE BOSTIC*

**SUMMONS IN A CIVIL CASE**

V.

*UNITED STATES CAPITOL POLICE, ETAL*

CASE:    Case: 1:07-cv-01383
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/30/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

*U.S. ATTORNEY
501 - 3RD ST. N.W
WASH D.C 20061*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'█████ *PRO SE* (name and address)

*PIERCE BOSTIC
532 ONEIDA PLACE, N.W
WASH. DC 20011*

an answer to the complaint which is served on you with this summons, within _____ *60* _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                JUL 3 0 2007
CLERK                                                          DATE

By) DEPUTY CLERK

*EXHIBIT 1 (2) PGS.*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 8/14/07 |
| NAME OF SERVER (PRINT) Maurice Liggins | TITLE | P.P.S. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): *Served: Gary Nails Dockett clerk authorized to sign*
*US Attorney*
*501 3rd Street, NW*
*Washington DC*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/21/07___
Date

_____
Signature of Server

_____
Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PIERRE BOSTIC
532

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES Capitol Police, et al
119 D St. N.E.

CASE

Case: 1:07-cv-01383
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/30/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

DITRICT OF COLUMBIA c/o
MAYOR ADRIAN FENTY
441-4th St. N.W
WASH DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~████~~   PRO SE   (name and address)

PIERRE BOSTIC
530 ONEIDA PLACE
WASH. DC 20011

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL 3 0 2007
DATE

By) DEPUTY CLERK

EXHIBIT 2 (2) PGS.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/15/07 |

| NAME OF SERVER (PRINT) Maurice Liggins | TITLE P.P.S. |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): Served: TabiTHA Braxton, Staff assistant (Secretary
Mayor ADRIAN FENTY
1350 PennsylVANIA Ave, NW, 4th floor
WASHINGTON, DC

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/21/07
_____
Date

_____
Signature of Server

Tracor, Inc.
1104 Tucker Lane
_____
Address of Server
Ashton, Maryland 20861
301-260-1100

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIERRE L. BOSTIC

    Plaintiff

    v.                                                  : Civil Action No. 1:07-cv-1383 (EGS)

UNITED STATES CAPITOL
POLICE, et al

    Defendants

## O R D E R

Upon consideration of the Motion for Default Judgment against the defendant,
District of Columbia, filed by plaintiff, Pierre L. Bostic, and any opposition thereto, it is

this _____ day of _____, 2008;

ORDERED BY THE COURT

That the motion be and hereby is granted and plaintiff, Pierre L. Bostic, is hereby
granted judgment by default against the defendant, District of Columbia, and it is further,

ORDERED BY THE COURT

That this matter is scheduled for a hearing as to the amount of plaintiff's damages

on the _____ day _____, 2008.

_____
JUDGE