UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIERRE L. BOSTIC

   Plaintiff

  v.            Civil Action No. 1:07-cv-1383 (EGS)

UNITED STATES CAPITOL
POLICE, et al

   Defendants

### PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT AGAINST THE DEFENDANT DISTRICT OF COLUMBIA

Comes now plaintiff, Pierre L. Bostic, by and through undersigned counsel and moves the court to reconsider its order entered on or about February 20, 2008, denying Plaintiff's Motion for a Default Judgment against the defendant, District of Columbia, pursuant to Local Civil Rule 5.3, Federal Rules of Civil Procedure 4 (m), (I), Rule 12 (a)(1)(A)(i), and Rule 55 (a)(2), on the following grounds:

1. Plaintiff, Pierre Bostic, by and through undersigned counsel filed suit against the District of Columbia on or about July 30, 2007, along with co-defendants, the United States Capitol Police and Officer Darryl Banks.

2. The District of Columbia was served with a summons and complaint on or about August 15, 2007. The United States Attorney's Office for the District of Columbia was served with a summons and complaint on or about August 14, 2007. The District of Columbia has not responded to the summons and complaint, nor has any representative of the District of Columbia the same responded to the summons and complaint in their behalf. Defendant, District of Columbia's, answer was due within 20 days after service of

the summons and complaint, pursuant to Federal Rule of Civil Procedure 12 (a)(1)(A)(i). No answer has been filed by defendant, District of Columbia, to this date.

3. The docket reflects filing of the Return of the Affidavit of Service as to the District of Columbia, on October 24, 2007, the same date, and time as the Return of the Affidavit of Service was filed as to defendant, Darryl Banks., pursuant to Local Civil Rule 5.3 and Federal Rule of Civil Procedure 4 (m). The docket further reflects service on the defendant, District of Columbia, on August 15, 2007. Moreover, the docket reflects that the answer of the defendant, District of Columbia, was due to be filed by September 04, 2007. It is uncontraverted in the record that no answer has been filed by, or on behalf of the defendant District of Columbia. Accordingly, the plaintiff, Pierre Bostic is entitled to a default judgment against the defendant, District of Columbia.

Wherefore, premises considered, plaintiff, Pierre L. Bostic, respectfully requests the court to reconsider its order denying Plaintiff's Motion for a Default Judgment against the defendant, District of Columbia and grant Plaintiff's Motion for a Default Judgment against the defendant, District of Columbia, and to schedule this matter for a hearing on ex-parte proof of damages.

Respectfully submitted,

Robert D. Scott, Esquire
Counsel for Plaintiff
D.C. Bar 425749
Post office Box 247
Mt. Rainier, MD 20712
301-864-8611

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Default Judgment against defendant, District of Columbia, and Memorandum of Points and Authorities in support thereof, was mailed first class, postage prepaid this 4th day of March, 2008, to:

Alexander D. Shoaibi
Assistant United States Attorney
555 – 4th Street, N.W., Room E-4218
Washington, D.C. 20530

_____
Robert D. Scott

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIERRE L. BOSTIC           :

    Plaintiff          :

v.                         : Civil Action No. 1:07-cv-1383 (EGS)

UNITED STATES CAPITOL
POLICE, et al

    Defendants         :

## ORDER

Upon consideration of the Motion for Reconsideration of Order Denying Plaintiff's Motion for a Default Judgment against the defendant, District of Columbia, filed by plaintiff, Pierre L. Bostic, and any opposition thereto, it is

this _____ day of _____, 2008,

    ORDERED BY THE COURT

That the motion be and hereby is granted and plaintiff, Pierre L. Bostic, is hereby granted and judgment by default against the defendant, District of Columbia, and it is further,

    ORDERED BY THE COURT

That this matter is scheduled for a hearing as to the amount of plaintiff's damages on the _____ day _____, 2008.

                                                                 _____
                                                                 JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIERRE L BOSTIC

    Plaintiff

v.                                          Civil Action No. 1:07-cv-1383 (EGS)

UNITED STATES CAPITOL
POLICE, et al

    Defendants

## MEMORANDUM OF POINTS & AUTHORITIES

1. Local Civil Rule 5.3

2. Federal Rules of Civil Procedure 4 (m), (I)

1. Federal Rule of Civil Procedure 55 (a)(2).

2. Federal Rule of Civil Procedure 12 (a)(1)(A)(i).

3   The record herein.

3. The inherent power of the court.

                                                             Respectfully submitted,

                                                             Robert D. Scott, Esquire
                                                             Counsel for Plaintiff
                                                             D.C. Bar 425749
                                                             Post Office Box 247
                                                             Mt. Rainier, MD 20712
                                                             301-864-8611