AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PIERRE L. BOSTIC

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES CAPITOL POLICE, ETAL

CASE NUMBER: 1:07-CV-01383 (EGS)

TO: (Name and address of Defendant)  DISTRICT OF COLUMBIA
SERVE TO: PETER NICKLES,
ACTING ATTORNEY GENERAL FOR
THE DISTRICT OF COLUMBIA
441- 4th ST. N.W. - 6th FLOOR SOUTH STE 600
WASH. DC. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT D. SCOTT, ESQ.
P.O. BOX 247
3805- 37th ST
MT. RAINIER, MD. 20712

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

APR 2 4 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4/24/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas Crossley | Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Ms. Darlene Fields - Designated Agent for The Attorney General for The District of Columbia 441 4th St. NW 6th Floor South Ste 600 WDC 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/24/08
Date

Signature of Server: Thomas Crossley

Address of Server: 1421 E. St. SE, WDC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.