UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PIERRE BOSTIC | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 1:07-cv-01383 EGS |
|  | ) |
| UNITED STATES CAPITOL POLICE, *et al.* | ) |
|  | ) |
| Defendants. | ) |

MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant, District of Columbia ("Defendant"), through undersigned counsel, respectfully moves this Honorable Court for an enlargement of time within which to serve an answer or otherwise respond to the Complaint, stating:

1. Plaintiff's claim was filed on July 30, 2007. Plaintiff delivered a copy of the complaint and summons to the Office of the Attorney General on April 28, 2008. Plaintiff has not served the Mayor's office with the complaint. The responsive pleading is due May 14, 2008.

2. This case was assigned to undersigned counsel on May 6, 2008. Because of obligations in other cases, below-signed counsel has not had the opportunity to research and prepare a responsive pleading within the 20 day period allowed for the Defendant to respond to the complaint.

3. It is believed that given counsel's litigation obligations in other cases, a dispositive motion can be filed by June 4, 2008.

4. Plaintiff will not be prejudiced by the court's granting this enlargement.

In support of this motion, defendant respectfully refers the Court to the accompanying Memorandum of Points and Authorities.

>Respectfully submitted,
>
>PETER J. NICKELS
>Interim Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>/S/  Kimberly M. Johnson
>KIMBERLY M. JOHNSON [435163]
>Chief, Civil Litigation Sec. I
>
>/S/   Darrell Chambers
>DARRELL CHAMBERS[1]
>Assistant Attorney General
>441 4TH Street, NW, Suite 600 South
>Washington, D.C.  20001
>202-724-6539
>e-mail: darrell.chambers@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 8th day of MAY, 2008, a copy of Defendant's Motion

For Enlargement of Time to Respond to Complaint was served electronically on:

Robert D. Scott, Esquire
P. O. Box 247
Mt. Rainier, MD 20712
Attorney for Plaintiff

>/S/   Darrell Chambers
>DARRELL CHAMBERS

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Darrell Chambers has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PIERRE BOSTIC<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES CAPITOL POLICE, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.  1:07-cv-01383 EGS<br>)<br>)<br>)<br>)<br>) |

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Fed. R. Civ. P. 6(b)(1).

2. All the reasons set forth in the accompanying motion.

3. The inherent authority of this Honorable Court.


Respectfully submitted,

PETER J. NICKELS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/  Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. I

/S/   Darrell Chambers
DARRELL CHAMBERS
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C.  20001
202-724-6539
e-mail: darrell.chambers@dc.gov
Attorney for Defendants

## CERTIFICATE PURSUANT TO LOCAL RULE LCvR7(m)

I hereby certify that on May 7, 2008 I called counsel for Plaintiff, Robert Scott, and left a voice mail message requesting his consent to the relief sought in this motion. I have not received a return call from Mr. Scott. Since Plaintiff has not consented the court should consider this motion contested.

\s\ Darrell Chambers
DARRELL CHAMBERS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of MAY, 2008, copies of the foregoing Motion for Enlargement of Time to Respond to the Complaint, Memorandum of Points and Authorities, and Proposed Order were served electronically upon:

Robert D. Scott, Esquire
P. O. Box 247
Mt. Rainier, MD 20712
Attorney for Plaintiff

/S/   Darrell Chambers
DARRELL CHAMBERS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PIERRE BOSTIC          )<br>                               )<br>     Plaintiff,            )<br>                               )<br>v.                             )  Civil Action No.  1:07-cv-01383 EGS<br>                               )<br>UNITED STATES CAPITOL POLICE, *et al.*  )<br>                               )<br>     Defendants.         )<br>                               ) | |

## **ORDER**

UPON CONSIDERATION of the Defendant's Motion, and any opposition thereto, it is this _____ day of _____ 2008, by the United States District Court for the District of Columbia, ORDERED and ADJUDGED:

1. That the Motion is hereby GRANTED; and

2. That the Defendant shall file a responsive pleading no later than Wednesday June 4, 2008.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PIERRE BOSTIC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CAPITOL POLICE, *et al.* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-01383 EGS <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

UPON CONSIDERATION of the Defendant's Motion, and any opposition thereto, it is this _____ day of _____ 2008, by the United States District Court for the District of Columbia, ORDERED and ADJUDGED:

1. That the Motion is hereby GRANTED; and

2. That the Defendant shall file a responsive pleading no later than Wednesday June 4, 2008.

_____
UNITED STATES DISTRICT JUDGE