UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

PIERRE L. BOSTIC

    Plaintiff

v.                                        1:07-CV-1383
                                            Settlement Conference
                                            06/26/08
                                            (E.G.S.)

UNITED STATES CAPITOL POLICE, et al

    Defendants

### PLAINTIFF'S PARTIAL CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT, DISTRICT OF COLUMBIA'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Comes now plaintiff, Pierre L. Bostic, by and through undersigned counsel and moves the court to enter an order enlarging the time for plaintiff to respond to the defendant, District of Columbia's, Motion to Dismiss or for Summary Judgment pursuant to F. R. Civ. Pro. 6 (b) and L.Cv.R. 7 (b), on the following grounds:

1. On June 17, 2008, undersigned counsel spoke with Assistant United States Attorney, Alexander Schoiabi, counsel for the United States, et al, to ascertain his consent to the instant motion and Mr. Schoiabi gave his consent to the instant motion. On the same day, undersigned counsel spoke with Assistant Attorney General, Darrell Banks, counsel for the District of Columbia, to ascertain his consent to the instant motion. His consent was not given.

2. On or about June 04, 2008, the District of Columbia filed a Motion to Dismiss or for Summary Judgment. Undersigned counsel learned on June 12, 2008, when

attempting to download the motion in order to respond, that his phone and internet service, through Verizon, was out of order. Verizon has indicated that a technician would not be available for service on the system until June 20, 2008.

3. Counsel has therefore been without phone and internet service since Jun 12, 2008, and has been unable to respond to the District's motion in accordance with the Rules because he has been unable to download the motion from the internet.. Counsel believes that his phone and internet may be restored by June 20, 2008.

4. The granting of the instant motion would serve the interests of justice. The District of Columbia would not be prejudiced by the court granting the instant motion and counsel for the United States Capitol Police has consented to the motion.

Wherefore, premises considered, plaintiff respectfully requests the court to enlarge the time for plaintiff to respond o the District of Columbia's Motion to Dismiss or for Summary Judgment to and including June 30, 2008.

Respectfully submitted,

_____
Robert D. Scott, Esquire
D.C. Bar 425749
Counsel for Plaintiff
Post Office Box 247
Mt. Rainier, MD 20712
301-864-8611

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed first class, postage prepaid this 19th day of June, 2008 to:

Alexander Schoiabi
Assistant United States Attorney
Civil Division
555 – 4th Street, NW
Washington, D.C. 20001

Darrell Banks
Assistant Attorney General
Civil Division
441 – 4th Street, N.W., 6th Floor
Washington, D.C. 20001

_____
Robert D. Scott

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

PIERRE L. BOSTIC

    Plaintiff

v.    1:07-CV-1383
    Settlement Conference
    06/26/2008
    (E.G.S.)

UNITED STATES CAPITOL POLICE, et al

    Defendants

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT, DISTRICT OF COLUMBIA'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

1. Federal Rule of Civil Procedure 6 (b).
2. Local Civil Rule 7 (b).
3. The record herein.
4. The inherent power of the court.

Respectfully submitted,

/s/ Robert D. Scott

Robert D. Scott, Esquire
D.C. Bar #425749
Counsel for Plaintiff
Post Office Box 247
Mt. Rainier, MD 20712
301-864-8611

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

PIERRE L. BOSTIC

    Plaintiff

v.

                                                        1:07-CV-1383
                                                        Settlement Conference
                                                        06/26/08
                                                        (E.G.S.)

UNITED STATES CAPITOL POLICE, et al

    Defendants

## ORDER

Upon consideration of the Partial Consent Motion for Enlargement of Time to Respond to defendant, District of Columbia's Motion to Dismiss or for Summary Judgment and the opposition thereto, it is this _____ day of _____, 2008,

    ORDERED BY THE COURT

That the motion be and hereby is granted and the time for plaintiff to file its response to the District of Columbia's Motion to Dismiss or for Summary Judgment is hereby enlarged to June 30, 2008

                                                                                     _____
                                                                                        JUDGE