UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

PIERRE L. BOSTIC

    Plaintiff

v.                                                                                      1:07-CV-1383
                                                                                        Status Hearing
                                                                                        07/23/08
                                                                                        (E.G.S.)

UNITED STATES CAPITOL POLICE, et al

    Defendants

### PLAINTIFF'S SECOND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT, DISTRICT OF COLUMBIA'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Comes now plaintiff, Pierre L. Bostic, by and through undersigned counsel and moves the court to enter an order enlarging the time for plaintiff to respond to the defendant, District of Columbia's, Motion to Dismiss or for Summary Judgment pursuant to F. R. Civ. Pro. 6 (b) and L.Cv.R. 7 (b), on the following grounds:

1. On June 25, 2008, undersigned counsel left a voicemail message for Assistant United States Attorney, Alexander Schoiabi, counsel for the United States, et al, to ascertain his consent to the instant motion and Mr. Schoiabi was out of the jurisdiction until July 07, 2008, his consent was, therefore, not given to the instant motion.

2. On June 30, 2008, undersigned counsel telephoned the office of Assistant Attorney General, Darrell Banks, counsel for the District of Columbia, to ascertain his consent to the instant motion. His consent was not given.

3. On or about June 04, 2008, the District of Columbia filed a Motion to Dismiss or for Summary Judgment. Undersigned counsel learned on June 12, 2008, when attempting to download the motion in order to respond, that his phone and internet service, through Verizon, was out of order. Verizon has indicated that a technician would not be available for service on the system until June 20, 2008.

4. Counsel has therefore been without phone and internet service since Jun 12, 2008, and has been unable to respond to the District's motion in accordance with the Rules because he has been unable to download the motion from the internet. Undersigned counsel has not received the motion from the District of Columbia by any other means.

5. On June 23, 2008, undersigned counsel learned that in addition to his residential telephone and internet service, that his office telephone line was also out of service. None of which has been satisfactorily explained by Verizon. That notwithstanding, Verizon has indicated that a service technician will be available on June 30, 2008, to attempt to correct the problem. Counsel believes that his phone and internet may be restored by June 30, 2008.

6. The granting of the instant motion would serve the interests of justice. Neither the United States nor the District of Columbia would be would be prejudiced by the court granting the instant motion.

Wherefore, premises considered, plaintiff respectfully requests the court to enlarge the time for plaintiff to respond o the District of Columbia's Motion to Dismiss or for Summary Judgment to and including July 15, 2008.

Respectfully submitted,

_____
Robert D. Scott, Esquire
D.C. Bar 425749
Counsel for Plaintiff
Post Office Box 247
Mt. Rainier, MD 20712
301-864-8611

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed first class, postage prepaid this 30th day of June, 2008 to:

Alexander Schoiabi
Assistant United States Attorney
Civil Division
555 – 4th Street, NW.
Washington, D.C. 20001

Darrell Banks
Assistant Attorney General
Civil Division
441 – 4th Street, N.W., 6th Floor
Washington, D.C. 20001

_____
Robert D. Scott

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

PIERRE L. BOSTIC

    Plaintiff

V                                                     1:07-CV-1383
                                                      Status hearing
                                                      07/23/2008
                                                      (E.G.S.)

UNITED STATES CAPITOL POLICE, et al

    Defendants

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Federal Rule of Civil Procedure 6 (b).

2. Local Civil Rule 7 (b).

3. The record herein.

4. The inherent power of the court.

                                                      Respectfully submitted,

                                                      *[signature]*

                                                      Robert D. Scott, Esquire
                                                      D.C. Bar #425749
                                                      Counsel for Plaintiff
                                                      Post Office Box 247
                                                      Mt. Rainier, MD  20712
                                                      301-864-8611

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

PIERRE L. BOSTIC

    Plaintiff

v.                                                                                          1:07-CV-1383
                                                                                            Status Hearing
                                                                                            07/23/08
                                                                                            (E.G.S.)

UNITED STATES CAPITOL POLICE, et al

    Defendants

## ORDER

Upon consideration of the Motion for Enlargement of Time to respond to defendant, District of Columbia's Motion to Dismiss or for Summary Judgment and the opposition thereto, it is this _____ day of _____, 2008,

ORDERED BY THE COURT

That the motion be and hereby is granted and the time for plaintiff to file its response to the District of Columbia's Motion to Dismiss or for Summary Judgment is hereby enlarged to July 15, 2008

                                                                                    _____
                                                                                            JUDGE