# EXHIBIT 8

# (PROTECTED)